1
2
3
4
5
6

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, DOLORES and PAUL SHEEHAN, RICKY BABANI, MICHAEL BATES, DENNIS CROTEAU and JEANNETTE CROTEAU, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION TO SUBSTITUTE DEFENDANT AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER** |

## STIPULATION

Plaintiffs KAELI GARNER, DOLORES and PAUL SHEEHAN, RICKY BABANI, MICHAEL BATES, DENNIS CROTEAU and JEANNETTE CROTEAU (collectively, "Plaintiffs"), and Defendant AMAZON.COM, INC. jointly move the Court as follows:

1. Pursuant to Federal Rule of Civil Procedure 25(c), the parties hereby stipulate that Amazon.com Services, LLC, a Washington limited liability company, be substituted as defendant for A2Z Development Center, Inc., and that the caption of the matter be amended to reflect this change. A2Z Development Center, Inc. is a former Amazon subsidiary that no longer exists.

2. To extend, until August 5, 2021, the date by which Defendants must respond to

Plaintiffs' complaint (Dkt. No. 1). In support of this request, the Parties state as follows:

    a.    On June 9, 2021, Plaintiffs filed a class action complaint against Defendants. Defendants' response to the complaint is currently due on June 30, 2021.

    b.    In order for Defendants to continue to investigate and respond to the allegations in the complaint, the Parties have agreed that Defendants' response deadline may be extended by 30 days.

Dated: July 1, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: *s/ Laurence F. Pulgram*
Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
jwakefield@fenwick.com

Brian D. Buckley, WSBA No. 26423

FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
A2Z DEVELOPMENT CENTER, INC.

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th floor
Seattle, WA 98104
Tel.: 206.622.2000
Fax: 206.622.2522
bkeller@byrneskeller.com

LABATON SUCHAROW LLP
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com

THORNTON LAW FIRM LLP
Guillaume Buell (admitted *pro hac vice*)
1 Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
gbuell@tenlaw.com

GOLDMAN SCARLATO & PENNY, P.C.
Mark Goldman (*pro hac vice* forthcoming)
Paul Scarlato (*pro hac vice* forthcoming)
Brian Penny (*pro hac vice* forthcoming)
8 Tower Bridge
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
Facsimile: (484) 580-8747
goldman@lawgsp.com
scarlato@lawgsp.com
penny@lawgsp.com

Alan L. Rosca (*pro hac vice* forthcoming)
23250 Chagrin Blvd.
Beachwood, OH 44122
Telephone: (888) 998-0530
Facsimile: (484) 580-8747

*Attorneys for Plaintiffs and the Putative Class*

# ORDER

Pursuant to the Parties' stipulated request for such relief, it is hereby ordered

1. Amazon.com Services, LLC, a Washington limited liability company shall be substituted as defendant for A2Z Development Center, Inc., and that the caption of the matter be amended to reflect this change; and

2. The deadline for Defendants to respond to Plaintiffs' complaint is extended from June 30, 2021, to August 5, 2021.

Dated this 1st day of July, 2021.


Robert S. Lasnik
United States District Judge