1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          WESTERN DISTRICT OF WASHINGTON
10                     AT SEATTLE
11
12   KAELI GARNER, *et al.*,                )    No.   2:21-cv-00750-RSL
                                            )
13                          Plaintiffs,     )    STIPULATED MOTION FOR
                                            )    APPOINTMENT OF INTERIM CO-LEAD
14          vs.                             )    AND CLASS COUNSEL AND ORDER
                                            )
15   AMAZON.COM, INC., *et al*.,            )
                                            )
16                          Defendants.     )
                                            )
17   ───────────────────────────────────── )
18
19
20
21
22
23
24
25
26

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

WHEREAS, between June 7, 2021 and July 16, 2021, multiple putative class-action complaints were filed against defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon" or "Defendants"), including this case, generally alleging illegal wiretapping under various federal and state statutes.

WHEREAS, on July 27, 2021, the original parties to this action filed a stipulated motion with this Court to, among other things: (1) consolidate this case with the other five related cases pending in this District; (2) set a deadline for the consolidated plaintiffs to file a Consolidated Complaint; (3) set a schedule for Defendants to answer or otherwise move with respect to the Consolidated Complaint. *See* ECF No. 20.

WHEREAS, on August 3, 2021, the Court so-ordered the stipulated motion. *See* ECF No. 21.

WHEREAS, on September 2, 2021, plaintiffs filed their Consolidated Complaint. *See* ECF No. 22. Defendants' deadline to answer or otherwise move with respect to the Consolidated Complaint is on October 18, 2021.

WHEREAS, to ensure efficiency in this case, the parties believe it is important for the Court to appoint a leadership group and interim class counsel to represent plaintiffs and the putative class under Rule 23(g) of the Federal Rules of Civil Procedure and the MANUAL FOR COMPLEX LITIGATION §§10.22 and 21.11 (4th ed. 2021).

WHEREAS, Defendants believe that class certification under Rule 23 will be inappropriate and intend to preserve all arguments with respect to any future motion for class certification or appointment of permanent class counsel, but do not oppose appointment of interim class counsel during this proceeding.

WHEREAS, plaintiffs have agreed, and Defendants do not oppose, the Court's appointment of the following individuals to serve on an interim basis in the following capacities on behalf of plaintiffs and the putative class:

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ◆ KELLER ◆ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 1 -

**Interim Co-Lead Class Counsel**

1.      **Michael P. Canty (Labaton Sucharow LLP (New York, NY)):** Mr. Canty is a partner at Labaton Sucharow LLP ("Labaton"), serving as General Counsel to the Firm and as head of the Firm's Consumer Cybersecurity and Data Privacy group.  Recommended by *The Legal 500* and *Benchmark Litigation* as an accomplished litigator, Mr. Canty has more than a decade of trial experience in matters relating to national security, white collar crime, and cybersecurity.  Most notably, Mr. Canty co-led the litigation team that achieved the historic and groundbreaking $650 million settlement in *In re Facebook Biometric Information Privacy Litigation*, No. 3:15-cv-03747-JD (N.D. Cal.) (Donato, J.) – the largest consumer data privacy settlement ever, and one of the first cases asserting consumers' biometric privacy rights under the Illinois' Biometric Information Privacy Act ("BIPA").  In addition, Mr. Canty is leading Labaton's efforts in pursuing consumer class action claims against Beech-Nut Nutrition Company (*Thomas et al v. Beech-Nut Nutrition Company*, No. 21-cv-00133 (N.D.N.Y.) (Hurd, J.)) and Hain Celestial Group, Inc. (*In re Hain Celestial Heavy Metals Baby Food Litigation*, No. 21-cv-00678 (E.D.N.Y.) (Seybert, J.)) due to deceptive business practices for failure to disclose that the baby food products manufactured and sold contained heavy levels of toxic heavy metals.  Mr. Canty is also pursuing consumer class action claims against Flo Health and related defendants (including Google and Facebook), i.e. *Frasco et. al. v. Flo Health et. al.*, No. 21-cv-00757 (N.D. Cal.) (Donato, J.), for illicitly sharing female Flo Health users' personal health information related to their menstrual and period cycles.

2.      **Stuart A. Davidson (Robbins Geller Rudman & Dowd LLP (Boca Raton, FL)):** Mr. Davidson is a partner at Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), the largest class-action firm in the world.  Mr. Davidson leads many of the firm's consumer, privacy, and data breach class actions, including: serving as a member of the Plaintiffs' Executive Committee in the matter of *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 5:16-md-02752 (N.D. Cal.) (Koh, J.) ($117.5 million recovery involving the largest data breach case in history); as Class Counsel (along with Mr. Canty) in the matter of *In re Facebook Biometric Information Privacy*

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 2 -

*Litig.*, No. 3:15-cv-03747-JD (N.D. Cal.) (Donato, J.) ($650 million recovery, the largest privacy settlement in history); as a member of the Plaintiffs' Executive Committee in the matter of *In re Intel Corp. CPU Mktg., Sales Practices & Prods. Liability Litig.*, No. 3:18-md-02828-SI (D. Or.) (Simon, J.), an MDL alleging that Intel marketed and sold computer chips with inherent security vulnerabilities; and is spearheading several aspects of one of the most watched antitrust cases in the nation, *In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Practices & Antitrust Litig.*, No. 2:17-md-02785 (D. Kan.) (Crabtree, J.), which recently settled with one set of defendants three months before trial for $345 million (pending approval).

**Interim Class Counsel**

3.      **Guillaume Buell (Thornton Law Firm LLP (Boston, MA)):** Mr. Buell is a partner at Thornton Law Firm LLP and leads the firm's class action practice. A seasoned litigator with a diverse litigation and trial background, his practice focuses on representing investors and consumers in securities and consumer lawsuits pending in state and federal courts across the country. Mr. Buell also draws on his prior experience at Cahill Gordon & Reindel LLP and as a trial attorney at Hicks Davis Wynn P.C., where he provided legal counsel to a wide range of Fortune 500 and other corporate clients in the aviation, construction, energy, financial, consumer, pharmaceutical, and insurance sectors in state and federal litigations, government investigations, and internal investigations. In recent years, Mr. Buell has contributed to the prosecution of a number of important class actions including *Medoff v. CVS Caremark Corporation*, No.09-cv-00554 (D.R.I) (Laplante, J.) ($48 million recovery); *Hall v. Rent-A-Center*, 4:16-cv-00978-ALM-CMC (E.D.Tex.) (Mazzant, J.) ($11 million recovery); *In re Barrick Gold Securities Litigation*, 13-cv-3851 (SAS) (S.D.N.Y.) (Berman, J.) ($140 million recovery); and *In re Nu Skin Enterprises, Inc., Securities Litigation*, No. 14-cv-0033 (D. Utah) (Parrish, J.) ($47 million recovery). He has been recognized as a *Rising Star* by Super Lawyers. The Thornton Law Firms' experience in complex litigation over the last four decades has led to the firm's involvement in cases of local and national importance. Its work has included representing the Commonwealth of Massachusetts

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 3 -

1   in its lawsuit against the tobacco industry, which settled for $8 billion in 1998; more than 20,000

2   victims of mesothelioma and other asbestos-related diseases, including serving as plaintiffs'

3   asbestos liaison counsel in Massachusetts; consumers, workers, and taxpayers through the firm's

4   class action, wage and hour, and fraud and False Claims Act practices; children suffering from

5   severe birth defects related to the use of chemicals in the workplace; victims of catastrophic

6   injuries, including severe physical and brain injuries, bringing claims for personal injury, products

7   liability, and workers compensation; those harmed by pharmaceutical drugs and medical devices,

8   including DePuy hip implants, pain pumps, breast implants, transvaginal mesh, Dalkon Shield,

9   Vioxx, and many others; and representing the State of Rhode Island in its fight against the lead

10   paint industry.

11       4.   **L. Timothy Fisher (Bursor & Fisher, P.A. (Walnut Creek, CA)):** Mr. Fisher has

12   been actively involved in numerous cases that resulted in multi-million-dollar recoveries for

13   consumers and investors.  Mr. Fisher has handled cases involving a wide range of issues including

14   nutritional labeling, health care, telecommunications, corporate governance, unfair business

15   practices and consumer fraud.  With his partner Scott A. Bursor, Mr. Fisher has tried five class

16   action jury trials, all of which produced successful results.  In *Thomas v. Global Vision Products*,

17   Mr. Fisher obtained a jury award of $50,024,611 — the largest class action award in California in

18   2009 and the second-largest jury award of any kind.  In 2019, Mr. Fisher served as trial counsel

19   with Mr. Bursor and his partner Yeremey Krivoshey in *Perez v. Rash Curtis & Associates*, where

20   the jury returned a verdict for $267 million in statutory damages under the Telephone Consumer

21   Protection Act.  Mr. Fisher has been appointed to represent plaintiffs in dozens of consumer class

22   actions during his career.  He is currently a member of the executive committee in *In re: Fisher-*

23   *Price Rock 'n' Play Sleeper Marketing, Sales Practices, and Products Liability Litigation*, MDL

24   No. 1:19-md-2903 (W.D.N.Y) (Crawford, J.).  In 2018, Mr. Fisher was appointed as interim lead

25   class counsel in *Olin v. Facebook, Inc.*, N.D. Cal. Case No. 3:18-cv-01881-RS (TSH).  In 2019,

26   Mr. Fisher was appointed as interim lead class counsel in *In re Smashburger IP Holder LLC*, C.D.

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 4 -

1  Cal. Case No. 2:19-cv-00993-JAK-JEM.  In 2020, Mr. Fisher was appointed as co-lead interim

2  class counsel in *In re GE/CBPS Data Breach Litigation*, S.D.N.Y. Case No. 1:20-cv-02903-KPF.

3      5.    **Brian C. Gudmundson (Zimmerman Reed LLP (Minneapolis, MN)):** Mr.

4  Gudmundson has led and litigated numerous MDL and consolidated actions, including many data

5  privacy actions in recent years.  He is currently co-lead counsel on behalf of consumers in *In re:*

6  *Netgain Technology, LLC, Consumer Data Breach Litig.*, 21-cv-1210 (D. Minn.), and on behalf

7  of financial institutions in *In re: Sonic Corp. Customer Data Security Breach Litig.*, 17-md-02807

8  (N.D. Ohio).  Brian also recently served as co-lead counsel in the settled Arby's data breach

9  litigation on behalf of financial institutions, *In re: Arby's Rest. Grp., Inc., Data Security Litig.*, 17-

10  cv-00514, (N.D. Ga.), and on the steering committees on behalf of financial institutions in the

11  settled actions involving the Equpifax data breach, *In re: Equifax Inc. Customer Data Security*

12  *Breach Litig.*, MDL 2800 (N.D. Ga.), Wendy's data breach, *First Choice Fed. Credit Union v. The*

13  *Wendy's Co.*, 16-cv-00506 (W.D. Pa.), and Home Depot data breach, *In re: The Home Depot, Inc.,*

14  *Customer Data Security Breach Litig.*, MDL 2583 (N.D. Ga.), among several others.  Prior to

15  these, he was one of the lead litigators in the landmark Target data breach case, *In re Target Corp.*

16  *Customer Data Sec. Breach Litig.*, MDL 14-2522 PAM/JJK (D. Minn.)  in which his partner, the

17  late Charles S. ("Bucky") Zimmerman, was appointed lead counsel for the financial institution

18  track.  The Sonic and Target actions are two of the only data breach actions to ever obtain a

19  certified litigation class.  Brian also recently served on the steering committee in the settled breach

20  of privacy action, *In re: Vizio, Inc., Consumer Privacy Litig.*, MDL 2693 (C.D. Cal.).  Outside the

21  data breach and privacy contexts, Brian currently serves as co-lead counsel on behalf of consumers

22  in the consolidated action *Patlan, et al. v. BMW of North America, LLC*, 18-cv-09546 (D.N.J.),

23  alleging damages related to fire risk in defective BMW vehicles.  Brian also recently served as

24  lead plaintiffs' counsel on behalf of consumers in the settled MDL action *In re: CenturyLink Sales*

25  *Practices and Securities Litig.*, MDL 2795 (D. Minn.).  He previously served as co-lead counsel

26  in the settled arbitration action *GLS Companies, et al. v. Minnesota Timberwolves Basketball LP*,

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 5 -

1   No. 27-cv-16-2816 (D. Minn.), which challenged implementation of the Minnesota

2   Timberwolves' paperless ticketing system and restrictions on transfer of game tickets.

3       6.      **Robert K. Shelquist (Lockridge Grindal Nauen P.L.L.P. (Minneapolis, MN)):**

4   Robert K. Shelquist has prosecuted national class actions to verdict in two cases. In *Peterson v.*

5   *BASF Corp.*, Mr. Shelquist was court-appointed class counsel and was one of the trial attorneys

6   who secured a jury verdict for a nation-wide class seeking redress for defendant's marketing of its

7   herbicide products.   After multiple state appellate opinions and two trips to the United States

8   Supreme Court, a judgment in excess of $60,000,000 was paid.   He also was one of the court-

9   appointed class counsel and trial counsel representing a certified sub-class as part of a nationwide

10  antitrust trial in *In Re Laminates*, which was tried to verdict in the United States District Court for

11  the Southern District of New York. Mr. Shelquist has been active in class action, consumer fraud,

12  product liability, and other complex litigation, including court appointed co-lead counsel, class

13  counsel, or steering committee appointments in: *In Re Building Materials Corporation of America*

14  *Asphalt Roofing Shingle Products Liab. Litig.,* MDL 2283 (D.S.C.) (Plaintiff Steering Committee);

15  *In Re CertainTeed Corp. Roofing Shingle Products Liability Litig.,* MDL 1817 (E.D. Pa.) (Co-

16  Lead Counsel); *Eliason v. Gentek Building Products, Inc., et al.*, Civ. No. 10-cv-2093 (N.D. Ohio)

17  (Executive Committee); *In re FCA US LLC Monostable Electronic Gearshift Litigation*, Civ. No.

18  16-md-02744 (E.D. Mich.) (Plaintiffs' Steering Committee);   *In Re HardiePlank Fiber Cement*

19  *Siding Litig.*, MDL No. 2359 (D. Minn.) (Lead Counsel);   *In Re IKO Roofing Shingle Products*

20  *Liability Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel);   *In Re Kitec Plumbing Systems*

21  *Products Liab. Litig.* MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel); *In Re Laminates,* MDL File

22  No. 1368, (S.D.N.Y.) (Lead Counsel to Miami Sub-class); *McFerren v. AT&T Mobility LLC*, Civil

23  No. 2008-cv-151322 (Superior Court Fulton County, GA) (Chairman of Plaintiffs' Steering

24  Committee); *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL 08-1905

25  (D. Minn.) (Liaison Counsel); *In Re Navistar Diesel Engine Products Liab. Litig.*, MDL No. 2223

26  (N.D. Ill.) (Plaintiffs' Steering Committee); *In Re Northstar Education Finance, Inc. Contract*

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 6 -

*Litig.*, MDL 08-1990 (D. Minn.) (Co-Lead Counsel); *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minn.) (Lead Counsel); *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (IL. Cir. Ct.) (Plaintiffs' Steering Committee); *Patricia Wright, et al. v. Owens Corning,* MDL No. 1567 (W.D. Pa) (Co-Lead Counsel); *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Calif.) (Interim Co-Lead Counsel); *In Re Zurn Pex Products Liability Litig.*, MDL 1958 (D. Minn.) (Co-Chair Plaintiffs' Steering Committee); *George v. Uponor Corporation, et al.*, Court File No. 12-249 (D. Minn.) (Co-Lead Counsel); *In Re Aredia and Zometa Products Liability Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiff Steering Committee); *In Re IPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Calif.) (Executive Committee); and *In  Re Syngenta AG MIR162 Corn Litig.*, Civil No. 14-md-2591-JWL-JPO (D. Kansas) (Executive Committee). Mr. Shelquist also is or has been also involved in the following litigation: *In Re Air Transportation Excise Tax Litig.,* Civil File No. 3-96-CV-453 (D. Minn.); *Austerschmidt v. T-Mobile USA, Inc.*, Court File No. 19-HA-CV-081709 (Ramsey County District Court, Minn.); *In Re Baycol Products Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees); *In Re Berg*, Master File No. CY-96-3151-AAM (E.D. Wash.); *Birkemeyer Farm Partnership, et al. v. Monsanto Co., et al.*, Court File No. 07-CV-04-1092 (D. Minn.); *In Re Blue Cross Blue Shield Subscriber Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.) (Co-Chair Discovery Committee); *Brown v. State of Minnesota*, Court File No. 98-11152 (Hennepin County District Court, Minn.); *Crosby v. Aid Association for Lutherans*, File No. 00-CV-2112 MJD/RLE (D. Minn.); *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.); *In Re Digi International, Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.); *In Re European Rail Pass Antitrust Litig.*, MDL 1386 (S.D.N.Y.); *In Re Flat Glass Antitrust Litig.*, MDL 1200 (W.D. PA); *Good v. Fluor Daniel Corp.*, Case No. CT-00-5021-RHW (E.D. Wash.); *In Re Green Tree Acceptance Corp. Securities Litig.*, Master File No. 97-2666 (JRT/RLE) (D. Minn.); *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) (Trial Team); *Hanson v. TCI Cable*

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 7 -

*Corp.*, Court File No. CX- 97-1434 (Mower County District Court, Minn.); *Hensley v. AT&T Mobility, LLC*, Court File No. 27-cv-08-7210, (Hennepin County District Court, Minn.); *Jacobson v. Correct Building Products, LLC*, Court File No. 08-cv-5135 (D. Minn.); *Koras v. Verizon Wireless*, Court File 27-cv-08-18517, (Hennepin County District Court, Minn.); *Larson v. Burlington Northern Santa Fe Railway Company*, Civil No. CV 01-527 JEL/RLE (D. Minn.); *Jeffrey H. Leech, et. al. v. Excel Title, LLC*, Court File No. 27-CV-06-4625 (Hennepin County District Court); *In Re Linerboard Antitrust Litig.*, MDL 1261 (E.D. PA); *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.*, MDL No. 1309 (D. Minn.); *McGregor et al. v. Uponor, Inc. et al*, Court File No. 09-cv-1136 (D. Minn.); *McNeil v. IKO Manufacturing, Inc.*, Court File No. 09-cv-2105 (C.D. Ill.); *In Re Medtronic, Inc., Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team);*In Re Meridia Products Liability Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee); *In Re Milk Products Antitrust Litig.*, Master File 3-96-458 (D. Minn.) (Co-Chair Discovery Committee); *In Re MSG Litig.*, MDL File No. 00-1328 (D. Minn.); *In Re National Arbitration Forum Litig.*, Civil No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee); *In Re Propulsid Products Liability Litig.*, MDL 1355 (E.D. LA);  *In Re Rezulin Litig.*, MDL 1348 (S.D. N.Y.); *Ross et al. v. Trex Company, Inc.*, Court File No. 09-cv-670 (N.D. Calif.). *In Re Serzone Products Liability Litig.*, MDL 1477 (S.D. W.V.); *Robert Smale v. Sears Roebuck & Co. and Whirlpool Corp.*, Court File No.  C3-04-8891 (Hennepin County District Court) (Liaison Counsel); *In Re StarLink Corn Products Liability Litig.*, MDL 1403 (N.D. IL); *In re Syngenta Litigation*, Court File 27-cv-153785 (Henn. Co., MN) (Liaison Counsel); *In Re Tamoxifen Citrate Antitrust Litig.*, MDL 1408 (E.D. N.Y.); *Villa v. Rexall Sundown, Inc.*, Court File No. 00-9061 (Palm Beach County Court, Florida); *In Re Vioxx Litig.*, MDL 1657 (E.D. LA); *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litig.*, MDL 1938 (D.N.J.); *In re Wells Fargo ERISA 401(k) Litigation*, Master File No. 0:16-cv-3405 (PJS/BRT) (D. Minn.) (Liaison Counsel); and *In Re Western Union Money Transfer Litig.*, Master File No. CV 01 0335 (CPS) (VVP) (E.D. N.Y.).

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 8 -

Mr. Shelquist has been recognized as a Super Lawyer by *Minnesota Law and Politics* and listed by the *Guide to Leading American Attorneys*.  He is currently a member of AAJ, the Federal Bar Association, and the Minnesota Bar Association.

7.     The parties propose that, in their capacity as Co-Lead Class Counsel, Messrs. Canty and Davidson shall, in coordination with each other and at their discretion, and in consultation with Interim Class Counsel as may be appropriate, be responsible for coordinating plaintiffs' pretrial activities and shall:

(a)     Determine and present (in briefs, oral argument, or such other fashion as may be appropriate personally or by a designee) to the Court and Defendants the position of plaintiffs on all matters arising during pretrial proceedings;

(b)     Coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Fed. R. Civ. P. 26, including the preparation of interrogatories and requests for production of documents and coordinate the examination of witnesses in depositions;

(c)     Coordinate discovery efforts with co-counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

(d)     Conduct and coordinate settlement negotiations;

(e)     Delegate specific tasks to other counsel in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

(f)     Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

(g)     Prepare and distribute periodic status reports to the parties as may be necessary;

(h)     Maintain adequate time and disbursement records covering services for all plaintiffs' counsel in the action;

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ◆ KELLER ◆ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 9 -

1    (i)    Monitor the activities of co-counsel to ensure that schedules are met and

2  duplicative efforts and unnecessary expenditures of time and funds are avoided;

3    (j)    Perform such other duties as may be incidental to proper coordination of

4  plaintiffs' pretrial activities or authorized by further order of the Court; and

5    (k)    Appoint additional committees, as necessary, including, but not limited to

6  expert, discovery, trial, and settlement committees.

7

8

9   DATED: September 27, 2021    */s/ Bradley S. Keller*

10   **BYRNES KELLER CROMWELL LLP**
   BRADLEY S. KELLER (WSBA# 10665)
11   1000 Second Avenue
   Seattle, WA  98104
12   Telephone:  206/622-2000
   206/622-2522 (fax)
13   bkeller@byrneskeller.com

14

15   **LABATON SUCHAROW LLP**
   MICHAEL P. CANTY
16   (admitted *pro hac vice*)
   CAROL C. VILLEGAS
17   (admitted *pro hac vice*)
   DAVID SALDAMANDO
18   (admitted *pro hac vice*)
   140 Broadway
19   New York, NY  10005
   Telephone: 212/907-0700
20   212/818-0477 (fax)
21   mcanty@labaton.com
   cvillegas@labaton.com
22   dsaldamando@labaton.com

23

24

25

26

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ◆ KELLER ◆ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 10 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
PAUL J. GELLER
STUART A. DAVIDSON
(admitted *pro hac vice*)
MAXWELL H. SAWYER
(admitted *pro hac vice*)
120 East Palmetto Park Drive, Suite 500
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
msawyer@rgrdlaw.com


**THORNTON LAW FIRM LLP**
GUILLAUME BUELL
(admitted *pro hac vice*)
1 Lincoln Street
Boston, MA  02111
Telephone:  617/720-1333
617/720-2445 (fax)
gbuell@tenlaw.com

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER
(*pro hac vice* pending)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone:  925/300-4455
925/407-2700 (fax)
ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
ALEC M. LESLIE
(*pro hac vice* pending)
MAX S. ROBERTS
(*pro hac vice* pending)
888 Seventh Avenue, Third Floor
New York, NY  10019
Telephone:  646/837-7150
212/989-9163 (fax)
aleslie@bursor.com
mroberts@bursor.com

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

- 11 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ZIMMERMAN REED LLP**
BRIAN C. GUDMUNDSON
(admitted *pro hac vice*)
JASON P. JOHNSTON
(admitted *pro hac vice*)
MICHAEL J. LAIRD
(admitted *pro hac vice*)
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:  612/341-0400
brian.gudmundson@zimmreed.com


**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
ROBERT K. SHELQUIST
(admitted *pro hac vice*)
REBECCA A. PETERSON
(admitted *pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:  612/339-6900
612/339-0981 (fax)
rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorneys for Plaintiffs and the Class*

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

Byrnes ◆ Keller ◆ Cromwell llp
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 12 -

1

2
DATED: September 27, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*/s/ Brian D. Buckley*

**FENWICK & WEST LLP**
BRIAN D. BUCKLEY (WSBA# 26423)
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206/389-4510
206/389-4511 (fax)
bbuckley@fenwick.com

**FENWICK & WEST LLP**
LAWRENCE F. PULGRAM
(admitted *pro hac vice*)
JEDEDIAH WAKEFIELD
(admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415/865-2300
415/281-1350 (fax)
lpulgram@fenwick.com
jwakefield@fenwick.com

*Attorneys for Defendants Amazon.com, Inc.*
*and Amazon Services, LLC*

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

- 13 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**ORDER**

Pursuant to the parties' stipulated motion and Rule 23(g)(3) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED that:

1.      Michael P. Canty of Labaton Sucharow LLP and Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP are appointed Interim Co-Lead Class Counsel.

2.      Guillaume Buell of Thornton Law Firm LLP, L. Timothy Fisher of Bursor & Fisher, P.A., Brian C. Gudmundson of Zimmerman Reed LLP, and Robert K. Shelquist of Lockridge Grindal Nauen P.L.L.P. are appointed as Interim Class Counsel.

3.      As Interim Co-Lead Class Counsel, Messrs. Canty and Davidson shall, in coordination with each other and at their discretion, be responsible for coordinating plaintiffs' pretrial activities and shall:

(a)      Determine (after such consultation with Interim Class Counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate personally or by a designee) to the Court and Defendants the position of plaintiffs on all matters arising during pretrial proceedings;

(b)      Coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Fed. R. Civ. P. 26, including the preparation of interrogatories and requests for production of documents and coordinate the examination of witnesses in depositions;

(c)      Coordinate discovery efforts with co-counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

(d)      Conduct and coordinate settlement negotiations;

(e)      Delegate specific tasks to other counsel in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 2 -

1  (f)  Enter into stipulations with opposing counsel (after such consultations with

2  Interim Class Counsel and/or other co-counsel as may be appropriate) as necessary for the conduct

3  of the litigation;

4  (g)  Prepare and distribute periodic status reports to the parties as may be

5  necessary;

6  (h)  Maintain adequate time and disbursement records covering services for all

7  plaintiffs' counsel in the action;

8  (i)  Monitor the activities of co-counsel to ensure that schedules are met and

9  unnecessary expenditures of time and funds are avoided;

10  (j)  Perform such other duties as may be incidental to proper coordination of

11  plaintiffs' pretrial activities or authorized by further order of the Court; and

12  (k)  Appoint additional committees, as necessary, including, but not limited to

13  expert, discovery, trial, and settlement committees.

14  4.  This Order is made without prejudice to Amazon's opposition to any future motion

15  for class certification filed by Plaintiffs.

16  IT IS HEREBY ORDERED.

17  Dated this 13th day of October, 2021.

18

19  _____
   HONORABLE ROBERT S. LASNIK
20  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

STIPULATED MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD AND CLASS COUNSEL
No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 3 -