UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION TO SCHEDULE RESPONSIVE PLEADING AND ORDER** |

## **STIPULATED MOTION**

Plaintiffs Kaeli Garner, *et al.* (collectively, "Plaintiffs"), and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively, "Amazon") jointly request that the Court approve the following process and schedule. The Parties make this request in anticipation that, in lieu of opposing Defendants' Motion to Dismiss the Consolidated Complaint (Dkt. No. 48), Plaintiffs will file a First Amended Consolidated Complaint on or before November 17, 2021.

STIP. MOTION TO SCHEDULE RESPONSIVE
PLEADING AND ORDER
CASE NO.: 2:21-CV-00750-RSL         - 1 -

Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101

The Parties stipulate to and request that the Court set the following briefing schedule:

1. Defendants shall have until December 15, 2021 to file an Answer or a Motion in response to an amended consolidated complaint.
2. Plaintiffs shall have until January 12, 2022 to file an Opposition to any Motion.
3. Defendants shall have until January 28, 2022 to file a Reply brief.
4. Page limits for any Motion shall be 60 pages, 60 pages for the Opposition to the Motion, and 30 pages for the Reply brief.

Dated: November 5, 2021                                                        Respectfully submitted,

                                  FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
      Brian D. Buckley, WSBA No. 26423

FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email:     bbuckley@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Esther D. Galan (admitted *pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415. 281.1350
Email:     lpulgram@fenwick.com
          jwakefield@fenwick.com
          egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

STIP. MOTION TO SCHEDULE RESPONSIVE
PLEADING AND ORDER
CASE NO.: 2:21-CV-00750-RSL                     - 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

| | |
|---|---|
| Dated: November 5, 2021 | Respectfully submitted, |

By: /s/ *Bradley S. Keller*
Bradley S. Keller, WSBA #10665
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue
Seattle, Washington 98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
Email:  bkeller@byrneskeller.com

/s/ *Michael P. Canty*
Michael P. Canty

Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)

**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email:  mcanty@labaton.com
cvillegas@labaton.com
dsaldamando@labaton.com

Paul J. Geller (*pro hac vice* forthcoming)
Stuart A. Davidson (admitted *pro hac vice*)
Maxwell H. Sawyer (admitted *pro hac vice*)

**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364
Email:  pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
msawyer@rgrdlaw.com

Guillaume Buell (admitted *pro hac vice*)

**THORNTON LAW FIRM LLP**
1 Lincoln Street
Boston, MA 02111
Telephone:  (617) 720-1333
Facsimile:  (617) 720-2445
Email:  gbuell@tenlaw.com

STIP. MOTION TO SCHEDULE RESPONSIVE
PLEADING AND ORDER
CASE NO.: 2:21-CV-00750-RSL

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

|   |   |
|---|---|
| 1 | L. Timothy Fisher (admitted *pro hac vice*) |
| 2 | **BURSOR & FISHER, P.A**. |
|   | 1990 N. California Blvd., Suite 940 |
| 3 | Walnut Creek, CA 94596 |
|   | Telephone:  (925) 300-4455 |
| 4 | Facsimile:   (925) 407-2700 |
|   | E-Mail:       ltfisher@bursor.com |

1
2  **BURSOR & FISHER, P.A**.
   1990 N. California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone:  (925) 300-4455
4  Facsimile:   (925) 407-2700
   E-Mail:       ltfisher@bursor.com
5
   Alec M. Leslie (admitted *pro hac vice*)
6  Max S. Roberts (admitted *pro hac vice*)

7  **BURSOR & FISHER, P.A.**
   888 Seventh Avenue, Third Floor
8  New York, NY 10019
   Telephone:  (646) 837-7150
9  Facsimile:   (212) 989-9163
   E-Mail:       aleslie@bursor.com
10                mroberts@bursor.com

11 Brian C. Gudmundson (admitted *pro hac vice*)
   Jason P. Johnston (admitted *pro hac vice*)
12 Michael J. Laird (admitted *pro hac vice*)

13 **ZIMMERMAN REED LLP**
   1100 IDS Center
14 80 South 8th Street
   Minneapolis, MN 55402
15 Telephone: (612) 341-0400
   brian.gudmundson@zimmreed.com
16 jason.johnston@zimmreed.com
   michael.laird@zimmreed.com
17
   Robert K. Shelquist (admitted *pro hac vice*)
18 Rebecca A. Peterson (admitted *pro hac vice*)

19 **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
   100 Washington Ave. South, Suite 2200
20 Minneapolis, MN 55401
   Telephone:  (612) 339-6900
21 Facsimile:   (612) 339-0981
   Email:         rkshelquist@locklaw.com
22                rapeterson@locklaw.com

23
   *Counsel for Plaintiffs*
24
25
26
27
28

STIP. MOTION TO SCHEDULE RESPONSIVE
PLEADING AND ORDER
CASE NO.: 2:21-CV-00750-RSL         - 4 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

**ORDER**

Pursuant to the Parties' stipulated motion, it is HEREBY ORDERED that:

1. Defendants shall have until December 15, 2021 to file an Answer or a Motion in response to any amended consolidated complaint.
2. Plaintiffs shall have until January 12, 2022 to file an Opposition to the Motion.
3. Defendants shall have until January 28, 2022 to file a Reply brief.
4. Page limits for any Motion shall be 60 pages, 60 pages for the Opposition to the Motion, and 30 pages for the Reply brief.

**IT IS HEREBY ORDERED.**

Dated this 8th day of November, 2021.

*[signature: M S Lasnik]*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIP. MOTION TO SCHEDULE RESPONSIVE
PLEADING AND ORDER
CASE NO.: 2:21-CV-00750-RSL                - 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101