UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KAELI GARNER, DOLORES SHEEHAN, PAUL SHEEHAN, RICKY BABANI, MICHAEL BATES, DENNIS CROTEAU, and JEANNETTE CROTEAU, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Washington Limited Liability Company,

Defendants.

Case No.: 2:21-cv-00750-RSL

**STIPULATED MOTION FOR THE CONTINUANCE OF FILING A CLASS CERTIFICATION MOTION**

**STIPULATED MOTION**

Plaintiffs Kaeli Garner, Mark Fladd, Stephanie Fladd, Jodi Brust, John Dannelly, Diane McNealy, Michael McNealy, Lisa Hovasse, Sandra Mirabile, Ricky Babani, Susan Lenehan, Jeffrey Hoyt, Lorlie Tesoriero, James Robinson, Rosa Comacho, Eric Dlugoss, Julie Dlugoss, Ronald Johnson, Selena Johnson, Caron Watkins, and Kelly Miller (collectively, “Plaintiffs”), and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively, “Amazon,” or “Defendants,” and together with Plaintiffs, the “Parties”) jointly move the Court for an Order to continue the date upon which Plaintiffs shall file their motion for class certification pursuant to Local Civil Rule 23(i)(3).

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

WHEREAS, from June to July of 2021, Plaintiffs filed original complaints against Defendants in this district;

WHEREAS, on August 30, 2021, the Court entered a stipulated order stating that, *inter alia*, (1) Plaintiffs shall file a consolidated complaint within 30 days of entry of the stipulated order, (2) Defendants shall have 45 days thereafter to file an Answer or Motion in response to the consolidated complaint, (3) if Defendants file a Motion to Dismiss, Plaintiffs shall have 30 days to oppose the motion or file an Amended Consolidated Complaint. *See* ECF No. 21;

WHEREAS, on September 2, 2021, Plaintiffs filed a Consolidated Complaint-Class Action. *See* ECF No. 22;

WHEREAS, on October 18, 2021, Defendants filed a Motion to Dismiss Plaintiffs' Consolidated Complaint-Class Action. *See* ECF No. 48;

WHEREAS, on November 8, 2021, the Court entered a stipulated order stating that, *inter alia*, (1) Plaintiffs shall file a First Amended Complaint on November 17, 2021, (2) Defendants shall have until December 15, 2021 to file an Answer or a Motion in response to an amended consolidated complaint, (3) Plaintiffs shall have until January 12, 2022 to file an Opposition to any Motion, (4) Defendants shall have until January 28, 2022 to file a Reply brief. *See* ECF No. 51;

WHEREAS, on November 17, 2021, Plaintiffs filed a First Amended Consolidated Complaint-Class Action. *See* ECF No. 59;

WHEREAS, under Local Rule 23(i)(3), there is a deadline to file a motion for class certification within 180 days of filing a complaint;

WHEREFORE, in light of the recently filed First Amended Consolidated Complaint-Class Action, and the Court's November 8, 2021 order, including the schedule for Defendants' Motion to Dismiss, counsel for the parties agree that good cause exists to continue the date upon which the Plaintiffs shall file their motion for class certification pursuant to Local Civil Rule 23(i)(3).

The parties stipulate and request that the Court continue the deadlines for class certification briefings until after the Court rules on Defendants' forthcoming Motion to Dismiss.

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dated: December 6, 2021

Respectfully submitted,

By: *s/ Bradley S. Keller*

Bradley S. Keller, WSBA No. 10665
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
cvillegas@labaton.com
dsaldamando@labaton.com

Paul J. Geller (admitted *pro hac vice*)
Stuart A. Davidson (admitted *pro hac vice*)
Maxwell H. Sawyer (admitted *pro hac vice*)
Alexander C. Cohen (admitted *pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email: pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
msawyer@rgrdlaw.com
acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

Guillaume Buell (admitted *pro hac vice*)
**THORNTON LAW FIRM LLP**
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

L. Timothy Fisher (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596

STIPULATED MOTION FOR THE CONTINUANCE OF FILING A CLASS CERTIFICATION MOTION
CASE NO.: 2:21-cv-00750-RSL

- 3 -

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

Alec M. Leslie (admitted *pro hac vice* ng)
Max S. Roberts (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com
mroberts@bursor.com

Brian C. Gudmundson (admitted *pro hac vice*)
Jason P. Johnston (admitted *pro hac vice*)
Michael J. Laird (admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com

Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rkshelquist@locklaw.com
rapeterson@locklaw.com

*Interim Counsel for Plaintiffs and the Class*

Dated: December 6, 2021

Respectfully submitted,

By: *s/ Brian D. Buckley*

Brian D. Buckley, WSBA No. 26423
**FENWICK & WEST LLP**
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
**FENWICK & WEST LLP**
555 California Street, 12th Floor

STIPULATED MOTION FOR THE CONTINUANCE OF FILING A CLASS CERTIFICATION MOTION
CASE NO.: 2:21-cv-00750-RSL

- 4 -

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
jwakefield@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

**ORDER**

Having reviewed the parties' stipulation, and finding that good cause exists for the requested relief from LCR 23(i)(3), the deadline for filing a motion for class certification in the above-referenced action is hereby continued until after the Court rules on Defendants' Motion to Dismiss, which is scheduled to be fully briefed and ready for consideration no later than January 28, 2022. Within seven days of the Court's ruling on the motion to dismiss, the parties shall confer and propose a schedule for the class certification briefing.

IT IS HEREBY ORDERED.

Dated this 7th day of December, 2021.

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR THE CONTINUANCE OF FILING A CLASS CERTIFICATION MOTION
CASE NO.: 2:21-cv-00750-RSL

- 5 -

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000