THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT**<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>January 28, 2022 |

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS FACC
CASE NO.: 2:21-CV-00750-RSL

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

Having considered Defendants' Amazon.com, Inc. and Amazon.com Services, LLC's Motion to Dismiss the First Amended Consolidated Complaint, Plaintiffs' opposition to the Motion, Amazon's reply in support of the Motion, and all papers and arguments submitted to the Court, the Court FINDS that Plaintiffs' First Amended Consolidated Complaint fails to state any claim upon which relief may be granted. In particular, after consideration of the Motion, the Court HOLDS that the First Amended Consolidated Complaint fails to allege any plausible violations of the California Invasion of Privacy Act, Cal. Penal Code §§ 631, 632; the Florida Wiretap Statute, Fla. Stat. Ann. § 934.03; the Illinois Eavesdropping Statute, 720 Ill. Comp. Stat. § 5/14-2; the Maryland Wiretap Statute, Md. Code Ann., Cts. & Jud. Proc. § 10-402; the Massachusetts Wiretap Statute, Mass. Gen. Laws ch. 272, § 99; the Michigan Wiretap Statute, Mich. Comp. Laws § 750.539c; the New Hampshire Wiretap Statute, N.H. Rev. Stat. § 570-A:2; the Pennsylvania Wiretap Statute, 18 Pa. Cons. Stat. § 5703; the Washington Wiretap Statute, RCW § 9.73.030; the Washington Consumer Protection Act, RCW § 19.86.20; the Federal Wiretap Act, 18 U.S.C. § 2510, *et seq.*; or the Stored Communications Act, 18 U.S.C. § 2702. Accordingly, the Court GRANTS Amazon's Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure and **HEREBY DISMISSES WITH PREJUDICE** this action, including all causes of action asserted in the First Amended Consolidated Complaint, in its entirety.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2022.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS FACC
CASE NO.: 2:21-CV-00750-RSL

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

Presented by:

FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
   Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com
Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted pro *hac vice*)
Esther D. Galan (admitted *pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
       jwakefield@fenwick.com
       egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS FACC
CASE NO.: 2:21-CV-00750-RSL

- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101