THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-00750-RSL<br><br>**DECLARATION OF MICHAEL P. CANTY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR STAY OF DISCOVERY AND PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>March 4, 2022 |

CANTY DECL. ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR STAY OF DISCOVERY AND PROTECTIVE ORDER
Case No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

I, Michael P. Canty, declare:

1. I am an attorney in good standing admitted *pro hac vice* before the Court for this action. I am a partner at Labaton Sucharow LLP and together with counsel at Robbins Geller Rudman & Dowd LLP represent the Plaintiffs as Co-Lead Counsel in the class action captioned *Kaeli Garner, et al., v. Amazon.com, Inc., et al.*, No. 2:21-cv-00750-RSL.

2. Attached hereto as Exhibit A is a true and correct copy of an email chain between counsel concerning Defendants' request for discovery from Plaintiffs, dated February 17 and 23, 2022.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of March 2022, in New York, New York.

*/s/ Michael P. Canty*
Michael P. Canty

CANTY DECL. ISO PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION FOR STAY OF
DISCOVERY AND PROTECTIVE ORDER
Case No.: 2:21-cv-00750-RSL         - 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that on the 2nd day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

CANTY DECL. ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR STAY OF DISCOVERY AND PROTECTIVE ORDER
Case No.: 2:21-cv-00750-RSL
- 2 -

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# EXHIBIT A

# Stuart Davidson

| | |
|---|---|
| **From:** | Stuart Davidson |
| **Sent:** | Wednesday, February 23, 2022 11:21 AM |
| **To:** | 'Laurence Pulgram'; Michael Canty |
| **Cc:** | Brian Buckley; Jedediah Wakefield; Armen Nercessian |
| **Subject:** | RE: [EXTERNAL]RE: Amazon 26(f) Conference |

Laurence – Thank you for your call yesterday. We have again considered Amazon's request for certain "core" discovery (your term) from the plaintiffs in the form of their email addresses. In our view, as we stated yesterday, we are willing to provide you with this discovery in exchange for Amazon's agreement to fully participate in discovery, as Judge Lasnik ordered the parties to do on February 18, and Amazon's agreement to provide plaintiffs with all information, documents, and data from any source Amazon gathers from plaintiffs' email addresses. If, however, Amazon continues to maintain that discovery should be stayed pending a ruling on its motion to dismiss, we do not see any legitimate reason to provide you the discovery you seek from our clients. Of course, if Amazon serves an Interrogatory requesting plaintiffs' email addresses, plaintiffs will timely respond. But, it appears Amazon does not want to participate in actual discovery at this time and, as a result, we respectfully decline your request.

Best,

Stu

**From:** Laurence Pulgram <LPulgram@Fenwick.com>
**Sent:** Thursday, February 17, 2022 5:57 PM
**To:** Michael Canty <MCanty@labaton.com>
**Cc:** Stuart Davidson <sdavidson@rgrdlaw.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Armen Nercessian <anercessian@fenwick.com>
**Subject:** RE: [EXTERNAL]RE: Amazon 26(f) Conference

EXTERNAL SENDER
Michael and Stuart,

Do you have availability for a call on Tuesday February 22? We'd like to continue the prior discussion at the Rule 26(f) conference about Plaintiffs' identifying the relevant accounts for the Alexa devices Plaintiffs used, so that Amazon can collect and be able to provide Alexa use information for those accounts.

Regards,

Laurence

**From:** Canty, Michael P. <MCanty@labaton.com>
**Sent:** Thursday, January 20, 2022 6:31 PM
**To:** Laurence Pulgram <LPulgram@Fenwick.com>
**Cc:** Stuart Davidson <sdavidson@rgrdlaw.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Armen Nercessian <anercessian@fenwick.com>
**Subject:** Re: [EXTERNAL]RE: Amazon 26(f) Conference

**\*\* EXTERNAL EMAIL \*\***

Laurence-

1

That date and time works for both myself and Stu. Thank you.

Mike

> On Jan 20, 2022, at 2:02 PM, Laurence Pulgram <LPulgram@fenwick.com> wrote:
>
> Michael,
>
> Thanks for the note. Given other things we've got to attend to this week, next Wednesday would work best for us. How about 1:00 Pacific Time? We can send a Zoom invite.
>
> Best,
> Laurence
>
> ---
>
> **From:** Canty, Michael P. <MCanty@labaton.com>
> **Sent:** Wednesday, January 19, 2022 12:27 PM
> **To:** Laurence Pulgram <LPulgram@Fenwick.com>
> **Cc:** Stuart Davidson <sdavidson@rgrdlaw.com>
> **Subject:** Amazon 26(f) Conference
>
> ** EXTERNAL EMAIL **
>
> Good afternoon Laurence-
>
> We are writing to request a 26(f) conference with defendants in this matter. Plaintiffs are available tomorrow between 12:00 and 2:00 ET and Friday between 12:00 and 2:00 ET. Please let us know what time works for you and I will circulate a dial in number. Thanks.
>
> Best-
>
> Mike
>
> ***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.