UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION FOR PARTIAL DISMISSAL AND ORDER** |

### **STIPULATED MOTION**

Plaintiffs Kaeli Garner, Mark Fladd, Stephanie Fladd, Jodi Brust, John Dannelly, Diane McNealy, Michael McNealy, Lisa Hovasse, Sandra Mirabile, Ricky Babani, Susan Lenehan, Jeffrey Hoyt, Lorlie Tesoriero, James Robinson, Rosa Comacho, Eric Dlugoss, Julie Dlugoss, Ronald Johnson, Selena Johnson, Caron Watkins, and Kelly Miller (collectively, "Plaintiffs") and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively, "Amazon") jointly request that the Court order the partial dismissal of certain Plaintiffs and certain claims from this action, with prejudice, as set forth herein.

WHEREAS, Plaintiffs Mark Fladd, Stephanie Fladd, John Dannelly, Sandra Mirabile, Susan Lenehan, James Robinson, Rosa Comacho, Lisa Hovasse, Kelly Miller, Eric Dlugoss, and Julie Dlugoss seek to voluntarily dismiss their claims against Amazon;

WHEREAS, on September 22, 2022, counsel for Plaintiffs and counsel for Amazon met and conferred regarding these 11 Plaintiffs' desire to voluntarily dismiss their claims and have agreed upon the terms for such dismissals;

The parties hereby stipulate to, and request that the Court order, the following:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Mark Fladd, Stephanie Fladd, John Dannelly, Sandra Mirabile, Susan Lenehan, James Robinson, Rosa Comacho, Lisa Hovasse, Kelly Miller, Eric Dlugoss, and Julie Dlugoss (together, the "Dismissing Plaintiffs"), by and through their undersigned attorneys, voluntarily dismiss, with prejudice, all of their claims in this action (including, without limitation, Count V (Violation of the Massachusetts Wiretapping Statute, Mass. Gen. Laws Ch. 272, §99), Count X (Violation of the Illinois Eavesdropping Statute, 720 Ill. Comp. Stat. §5/14-2), and Count XI (Violation of the Michigan Eavesdropping Statute, Mich. Comp. Laws §750.539c)) and Plaintiffs agree not to further pursue or present any such claims against Amazon.

2. Notwithstanding the foregoing, the Parties agree that this dismissal shall not impact the Dismissing Plaintiffs' ability to participate as passive class members in any recovery this Action obtains on behalf of the proposed classes, whether by settlement, verdict, or otherwise.

3. Plaintiffs agree they shall not join any additional parties as plaintiffs or class representatives in this action on behalf of the Massachusetts, Illinois, or Michigan claims being dismissed.

4. Pursuant to Rule 41(a), Plaintiffs voluntarily dismiss the following claims against Amazon, in their entirety, with prejudice: Count V (Violation of the Massachusetts Wiretapping Statute, Mass. Gen. Laws Ch. 272, §99), Count X (Violation of the Illinois Eavesdropping Statute, 720 Ill. Comp. Stat. §5/14-2), and Count XI (Violation of the Michigan Eavesdropping Statute, Mich. Comp. Laws §750.539c) (collectively, the "Dismissed Claims").

5. The Parties agree that Amazon may make a filing, not to exceed two pages, to advise the Court of the effect that these dismissals will have on Amazon's pending Motion to Compel (Dkt. No. 106).

STIP. MOTION FOR PARTIAL DISMISSAL
AND ORDER
CASE NO.: 2:21-CV-00750-RSL   - 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

6. The Parties agree that with respect to the Dismissing Plaintiffs and the Dismissed Claims, each party shall bear its own costs and fees.

Dated: September 29, 2022

Respectfully submitted,

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

**FENWICK & WEST LLP**
Brian D. Buckley
Y. Monica Chan, WSBA No. 58900
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com
mchan@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
Esther D. Galan (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
jwakefield@fenwick.com
anercessian@fenwick.com
gkropp@fenwick.com
egalan@fenwick.com

*Counsel for Defendants
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC*

Dated: September 29, 2022

Respectfully submitted,

By: *s/ Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com

*s/ Michael P. Canty*
Michael P. Canty

**LABATON SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
Danielle Izzo (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email:      mcanty@labaton.com
            cvillegas@labaton.com
            gbuell@labaton.com
            dsaldamando@labaton.com
            dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Paul J. Geller (*pro hac vice* forthcoming)
Stuart A. Davidson (admitted *pro hac vice*)
Alexander H. Cohen (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
Email:      pgeller@rgrdlaw.com
            sdavidson@rgrdlaw.com
            acohen@rgrdlaw.com

**BURSOR & FISHER, P.A**.
L. Timothy Fisher (admitted *pro hac vice*)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:     ltfisher@bursor.com

Alec M. Leslie (admitted *pro hac vice*)
Max S. Roberts (admitted *pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:     aleslie@bursor.com
            mroberts@bursor.com

**ZIMMERMAN REED LLP**
Brian C. Gudmundson (admitted *pro hac vice*)
Jason P. Johnston (admitted *pro hac vice*)
Michael J. Laird (admitted *pro hac vice*)
1100 IDS Center
80 South 8th Street

Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
Email:         rkshelquist@locklaw.com
                    rapeterson@locklaw.com

*Counsel for Plaintiffs*

STIP. MOTION FOR PARTIAL DISMISSAL
AND ORDER
CASE NO.: 2:21-CV-00750-RSL

- 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

# ORDER

Pursuant to the Parties' Stipulated Motion for Partial Dismissal, it is HEREBY ORDERED that:

1. All claims asserted by Plaintiffs Mark Fladd, Stephanie Fladd, John Dannelly, Sandra Mirabile, Susan Lenehan, James Robinson, Rosa Comacho, Lisa Hovasse, Kelly Miller, Eric Dlugoss, and Julie Dlugoss against Amazon are dismissed, with prejudice.

2. Count V (Violation of the Massachusetts Wiretapping Statute, Mass. Gen. Laws Ch. 272, §99), Count X (Violation of the Illinois Eavesdropping Statute, 720 Ill. Comp. Stat. §5/14-2), and Count XI (Violation of the Michigan Eavesdropping Statute, Mich. Comp. Laws §750.539c) asserted by Plaintiffs against Amazon are dismissed, with prejudice.

Dated this 3rd day of October, 2022.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
   Brian D. Buckley, WSBA No. 26423

   1191 Second Avenue, 10th Floor
   Seattle, WA  98101
   Telephone: 206.389.4510
   Facsimile: 206.389.4511
   Email: bbuckley@fenwick.com

   *Counsel for Defendants*
   *AMAZON.COM, INC. and*
   *AMAZON.COM SERVICES, LLC.*