1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

11  KAELI GARNER, *et al.*,

12          Plaintiffs,

13      v.

14  AMAZON.COM, INC., a Delaware
    Corporation, and AMAZON.COM SERVICES,
15  LLC, a Delaware Limited Liability Company,

16          Defendants.

17

Case No.: 2:21-cv-00750-RSL

**STIPULATED MOTION TO MODIFY
CASE DEADLINES AND ORDER**

18                              **STIPULATED MOTION**

19      Plaintiffs and Defendants (together, the "parties"), hereby stipulate to modifying the court-

20  ordered deadline for the end of fact discovery and subsequent case deadlines.

21      On November 17, 2021, Plaintiffs filed the Amended Consolidated Class Action

22  Complaint against Defendants.

23      On February 18, 2022, the Court issued an Order Setting Discovery And Pretrial Dates that

24  set the close of fact discovery on December 16, 2022.  ECF No. 72.

25      The parties have engaged in discovery, including document requests, interrogatories, and

26  discovery conferences, as well as discovery-related motion practice.

27       The Court recently resolved outstanding disputes between the parties.  ECF Nos. 123, 136,

28  138, 139.

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

1    In view of the Court's recent orders on discovery, the parties have met and conferred in

2    good faith to discuss the need for an extension of the fact discovery deadline given the significant

3    volume of discovery to be completed.  The parties agree that there is good cause to extend that

4    deadline to August 16, 2023 in order to complete fact discovery, including the discovery addressed

5    in the Court's October 3 and 31 orders (ECF Nos. 123, 136), and depositions of both parties.

6    The parties agree and respectfully request that the Court extend fact discovery cutoff and

7    subsequent deadlines by approximately eight-and-a-half months as follows:

8    - August 16, 2023 - Fact discovery cutoff

9    - October 10, 2023 - Last day to file motion for class certification (including expert

10    report in support of class certification)

11    - December 8, 2023 - Last day to file opposition to class certification (including

12    expert report in opposition to class certification)

13    - January 11, 2024 - Last day to file reply in support of class certification (including

14    reply class certification expert report limited to any new subjects introduced in

15    opposition report)

16    The Parties further agree to continue discussing in good faith interim deadlines related to

17    fact discovery but may need further assistance from the Court if they are unable to come to a

18    resolution. These interim deadlines will include, *inter alia*, deadlines for Defendants' substantial

19    completion of document production and production of privilege logs.  Defendants are in the

20    process of collecting the ESI necessary to comply with the Court's order, and are assessing the

21    time and resources necessary to complete their production.  Defendants currently anticipate that

22    their production will be substantially complete at least four months before the close of discovery,

23    but if additional time is required, the parties agree jointly to request a further extension of the fact

24    discovery cutoff to ensure that plaintiffs have four months to review Defendants' document

25    production and complete fact witness depositions.

26    / /

27    / /

28    / /

STIP. MOTION TO MODIFY CASE
DEADLINES AND ORDER
CASE NO.: 2:21-CV-00750-RSL          - 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, that the deadline for the close of fact discovery and subsequent case deadlines be extended as follows:

| Event | Former Deadline | Operative Deadline |
|---|---|---|
| Fact discovery cut-off | December 16, 2022 | August 16, 2023 |
| Last day to file motion for class certification (including expert report in support of class certification) | January 26, 2023 | October 10, 2023 |
| Last day to file opposition to class certification (including expert report in opposition to class certification) | March 24, 2023 | December 8, 2023 |
| Last day to file reply in support of class certification (including reply class certification expert report limited to any new subjects introduced in opposition report) | April 28, 2023 | January 11, 2024 |

Dated: November 17, 2022

Respectfully submitted,

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

**FENWICK & WEST LLP**
Brian D. Buckley
Y. Monica Chan, WSBA No. 58900
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:   206.389.4511
Email:       bbuckley@fenwick.com
             mchan@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
Esther D. Galan (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415. 281.1350
Email:       lpulgram@fenwick.com
             jwakefield@fenwick.com

STIP. MOTION TO MODIFY CASE
DEADLINES AND ORDER
CASE NO.: 2:21-CV-00750-RSL                    - 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

anercessian@fenwick.com
gkropp@fenwick.com
egalan@fenwick.com

*Counsel for Defendants*
*AMAZON.COM, INC. and*
*AMAZON.COM SERVICES, LLC*

Dated: November 17, 2022                    Respectfully submitted,

By:  *s/ Bradley S. Keller*
      Bradley S. Keller, WSBA No. 10665

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone:   (206) 622-2000
Facsimile:   (206) 622-2522
Email:        bkeller@byrneskeller.com

*s/ Michael P. Canty*
Michael P. Canty

**LABATON SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
Danielle Izzo (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:   (212) 818-0477
Email:        mcanty@labaton.com
               cvillegas@labaton.com
               gbuell@labaton.com
               dsaldamando@labaton.com
               dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Paul J. Geller (*pro hac vice* forthcoming)
Stuart A. Davidson (admitted *pro hac vice*)
Alexander H. Cohen (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:   (561) 750-3000
Facsimile:   (561) 750-3364
Email:        pgeller@rgrdlaw.com
               sdavidson@rgrdlaw.com
               acohen@rgrdlaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (admitted *pro hac vice*)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:   (925) 407-2700
E-Mail:     ltfisher@bursor.com

Alec M. Leslie (admitted *pro hac vice*)
Max S. Roberts (admitted *pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:   (212) 989-9163
E-Mail:     aleslie@bursor.com
            mroberts@bursor.com

**ZIMMERMAN REED LLP**
Brian C. Gudmundson (admitted *pro hac vice*)
Jason P. Johnston (admitted *pro hac vice*)
Michael J. Laird (admitted *pro hac vice*)
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist (admitted *pro hac vice*)
Rebecca A. Peterson (admitted *pro hac vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
Email:      rkshelquist@locklaw.com
            rapeterson@locklaw.com

*Counsel for Plaintiffs*

STIP. MOTION TO MODIFY CASE
DEADLINES AND ORDER
CASE NO.: 2:21-CV-00750-RSL                    - 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

1

**ORDER**

2        Pursuant to the Parties' Stipulated Motion to Modify Case Deadlines, it is HEREBY

3   ORDERED that the deadline for the close of fact discovery and subsequent case deadlines be

4   extended as shown follows:

5

| Event | Former Deadline | Operative Deadline |
|---|---|---|
| Fact discovery cut-off | December 16, 2022 | August 16, 2023 |
| Last day to file motion for class certification (including expert report in support of class certification) | January 26, 2023 | October 10, 2023 |
| Last day to file opposition to class certification (including expert report in opposition to class certification) | March 24, 2023 | December 8, 2023 |
| Last day to file reply in support of class certification (including reply class certification expert report limited to any new subjects introduced in opposition report) | April 28, 2023 | January 11, 2024 |

6

7

8

9

10

11

12

13

14

15   .

16   Dated this 18th day of November, 2022.

17

18                        *Mr S Lasnik*
                          ROBERT S. LASNIK
19                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101