UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO COMPEL AND ORDER** |

## **STIPULATED MOTION**

Plaintiffs and Defendants (together, the "Parties"), hereby stipulate to extend the briefing schedule regarding Plaintiffs' Motion to Compel ("Motion") (Dkt. 143).

On December 29, 2022, Plaintiffs filed the Motion against Defendants. To accommodate absences over the holidays, the Parties agree and respectfully request that the Court extend the briefing deadlines as follows:

- January 12, 2023 – Last day for Defendants to file their Opposition to the Motion
- January 17, 2023 – Last day for Plaintiffs to file their Reply in Support of the Motion

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE
CASE NO.: 2:21-CV-00750-RSL       - 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, that the deadlines for filing Defendants' Opposition to the Motion and Plaintiffs' Reply in Support of the Motion be extended as follows:

| Event | Former Deadline | Operative Deadline |
|---|---|---|
| Defendants' Opposition to Motion to Compel | January 9, 2023 | January 12, 2023 |
| Plaintiffs' Reply in Support of Motion to Compel | January 13, 2023 | January 17, 2023 |

Dated: December 29, 2022

Respectfully submitted,

By: *s/ Brian D. Buckley*
   Brian D. Buckley, WSBA No. 26423

**FENWICK & WEST LLP**
Brian D. Buckley
Y. Monica Chan, WSBA No. 58900
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:   206.389.4511
Email:       bbuckley@fenwick.com
             mchan@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
Esther D. Galan (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415. 281.1350
Email:       lpulgram@fenwick.com
             jwakefield@fenwick.com
             anercessian@fenwick.com
             gkropp@fenwick.com
             egalan@fenwick.com

*Counsel for Defendants*
*AMAZON.COM, INC. and*
*AMAZON.COM SERVICES, LLC*

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE
CASE NO.: 2:21-CV-00750-RSL
- 2 -
FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

| | | |
|---|---|---|
| 1 | Dated: December 29, 2022 | Respectfully submitted, |
| 2 | | By: *s/ Bradley S. Keller* |
| | | Bradley S. Keller, WSBA No. 10665 |
| 3 | | |
| 4 | | **BYRNES KELLER CROMWELL LLP** |
| | | Bradley S. Keller |
| 5 | | 1000 Second Avenue |
| | | Seattle, Washington 98104 |
| 6 | | Telephone: (206) 622-2000 |
| | | Facsimile: (206) 622-2522 |
| 7 | | Email: bkeller@byrneskeller.com |
| 8 | | *s/ Michael P. Canty* |
| | | Michael P. Canty |
| 9 | | **LABATON SUCHAROW LLP** |
| 10 | | Michael P. Canty (admitted *pro hac vice*) |
| | | Carol C. Villegas (admitted *pro hac vice*) |
| 11 | | Guillaume Buell (admitted *pro hac vice*) |
| | | David Saldamando (admitted *pro hac vice*) |
| 12 | | Danielle Izzo (admitted *pro hac vice*) |
| | | 140 Broadway |
| 13 | | New York, NY 10005 |
| | | Telephone: (212) 907-0700 |
| 14 | | Facsimile: (212) 818-0477 |
| | | Email: mcanty@labaton.com |
| 15 | | cvillegas@labaton.com |
| | | gbuell@labaton.com |
| 16 | | dsaldamando@labaton.com |
| | | dizzo@labaton.com |
| 17 | | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 18 | | Paul J. Geller (*pro hac vice* forthcoming) |
| | | Stuart A. Davidson (admitted *pro hac vice*) |
| 19 | | Alexander H. Cohen (admitted *pro hac vice*) |
| | | 120 East Palmetto Park Road, Suite 500 |
| 20 | | Boca Raton, FL 33432 |
| | | Telephone: (561) 750-3000 |
| 21 | | Facsimile: (561) 750-3364 |
| | | Email: pgeller@rgrdlaw.com |
| 22 | | sdavidson@rgrdlaw.com |
| | | acohen@rgrdlaw.com |
| 23 | | |
| 24 | | **BURSOR & FISHER, P.A**. |
| | | L. Timothy Fisher (admitted *pro hac vice*) |
| 25 | | 1990 N. California Blvd., Suite 940 |
| | | Walnut Creek, CA 94596 |
| 26 | | Telephone: (925) 300-4455 |
| | | Facsimile: (925) 407-2700 |
| 27 | | E-Mail: ltfisher@bursor.com |
| 28 | | Alec M. Leslie (admitted *pro hac vice*) |
| | | Max S. Roberts (admitted *pro hac vice*) |

|   |   |
|---|---|
| 1 | 888 Seventh Avenue, Third Floor |
| 2 | New York, NY 10019<br>Telephone:  (646) 837-7150 |
| 3 | Facsimile:   (212) 989-9163<br>E-Mail:       aleslie@bursor.com |
| 4 |             mroberts@bursor.com |

          **ZIMMERMAN REED LLP**
          Brian C. Gudmundson (admitted *pro hac vice*)
          Jason P. Johnston (admitted *pro hac vice*)
          Michael J. Laird (admitted *pro hac vice*)
          1100 IDS Center
          80 South 8th Street
          Minneapolis, MN 55402
          Telephone: (612) 341-0400
          brian.gudmundson@zimmreed.com
          jason.johnston@zimmreed.com
          michael.laird@zimmreed.com

          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
          Robert K. Shelquist (admitted *pro hac vice*)
          Rebecca A. Peterson (admitted *pro hac vice*)
          100 Washington Ave. South, Suite 2200
          Minneapolis, MN 55401
          Telephone:  (612) 339-6900
          Facsimile:   (612) 339-0981
          Email:         rkshelquist@locklaw.com
                       rapeterson@locklaw.com

*Counsel for Plaintiffs*

---

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE
CASE NO.: 2:21-CV-00750-RSL       - 4 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

# ORDER

Pursuant to the Parties Stipulated Motion to Extend the Briefing Schedule Regarding Plaintiffs' Motion to Compel (Dkt. 143), it is HEREBY ORDERED that the briefing deadlines be extended as follows:

| Event | Former Deadline | Operative Deadline |
|---|---|---|
| Opposition to Motion to Compel | January 9, 2023 | January 12, 2023 |
| Reply to Opposition to Motion to Compel | January 13, 2023 | January 17, 2023 |

The Clerk of Court is directed to renote plaintiff's motion to compel on the Court's calendar for Friday, January 20, 2023.

Dated this __3rd__ day of January, 2023.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND
BRIEFING SCHEDULE
CASE NO.: 2:21-CV-00750-RSL                - 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101