UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Case No.: 2:21-cv-00750-RSL

**ORDER GRANTING AMAZON'S UNOPPOSED MOTION TO SEAL EXHIBITS SUBMITTED WITH PLAINTIFFS' MOTION TO COMPEL**

Having considered Defendant Amazon's Unopposed Motion to Seal Exhibits Submitted with Plaintiffs' Motion to Compel, and all papers submitted to the Court, Amazon's Unopposed Motion is **HEREBY GRANTED**. Amazon's Responses to Plaintiffs' Interrogatory No. 1, filed in connection with Plaintiffs' motion to compel, are sealed and will remain so pending further order of the Court.

Dated this 9th day of June, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge