UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No.: 2:21-cv-00750-RSL <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' COMPLIANCE WITH THE COURT'S OCTOBER 3, 2022, ORDER** |

Having considered defendants' Motion to Compel Plaintiffs' Compliance with the Court's October 3, 2022 Order ("Motion"), plaintiffs' opposition to the Motion, defendants' reply in support of the Motion, and the Court's October 2022 order, the Motion is **HEREBY GRANTED**. The Court's prior order was not ambiguous. As recognized repeatedly in the Order, Amazon had propounded interrogatories requesting the identification of each Alexa audio recording containing the named plaintiffs' voices (Interrogatory 5) and, separately, the identification of the subset of recordings that each plaintiff contends were private and confidential conversations not directed to Alexa (Interrogatories 6, 7, and 8 (and in some cases Interrogatory 9)). Dkt. # 123 at 1, 3, and 5. Both types of information were found to be relevant. Dkt. # 123 at 4. Plaintiffs' argument that having to review all of their audio recordings would be unduly burdensome was rejected. *Id.* Plaintiffs were ordered to "identify all of their audio recordings" and annotate the transcripts of those recordings to identify the communications that are at issue in this case. The Court does not understand the source of plaintiffs' confusion regarding what they were required to do. Plaintiffs are again ordered to:

(1) identify all recordings that contain their voice, in response to Amazon's Interrogatory No. 5;

(2) further identify the subset of their recordings that they contend are at issue in this case, in response to Amazon's Interrogatory Nos. 6 through 8 (and for some plaintiffs, No. 9).

Plaintiffs shall serve their verified, amended, and complete Interrogatory responses, including their identification and annotation of audio recordings, no later than three (3) weeks before their depositions.

Dated this 20th day of June, 2023.

Robert S. Lasnik
United States District Judge