UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,<br><br>           Defendants. | Case No. 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION TO MODIFY DISCOVERY AND PRETRIAL DATES AND ORDER** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate to the following:

WHEREAS, this stipulation memorializes the parties' agreement that the close of fact discovery should be extended by 75 days to October 30, 2023.

WHEREAS, on November 17, 2021, Plaintiffs filed their First Amended Consolidated Complaint against Defendants. ECF 59.

WHEREAS, on February 18, 2022, the Court issued an Order Setting Discovery and Pretrial Dates, which set December 16, 2022 as the close of fact discovery. ECF 72.

STIPULATED MOTION TO MODIFY
DISCOVERY AND PRETRIAL DATES
CASE NO.: 2:21-CV-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 1 -

WHEREAS, on November 18, 2022, the Court granted the parties' Stipulated Motion to Modify Case Deadlines, which, among other things, set August 16, 2023 as the close of fact discovery. ECF 142 at 6.

WHEREAS, the parties' Stipulated Motion to Modify Case Deadlines also contemplated an additional extension to complete and review the parties' document production and complete fact witness depositions. *Id.* at 2.

WHEREAS, the parties have engaged in extensive document discovery, including document requests, interrogatories, requests for admission, discovery dispute conferences, and ten motions to compel discovery, and two of these motions to compel are fully briefed and pending with the Court, *see* ECF 173, 177, and the parties are still in the process of responding to each other's discovery requests, producing electronically stored information, and scheduling depositions.

WHEREAS, the parties have cooperatively discussed the need for an extension of the discovery and pretrial schedule.

WHEREAS, as part of their cooperative discussions regarding the need for such an extension of the case schedule, the parties agreed to the following:

- Depositions: All parties agree to make at least two witnesses available in August 2023 and at least three witnesses in September 2023 in order to keep fact discovery moving. For the sake of efficiency, resources, and convenience, no witnesses will be required to travel for depositions.

- Written Discovery: No party will serve new written discovery on another party, except for discovery both based on information learned in a deposition and following up on prior written discovery, supported by a citation to the deposition transcript and prior interrogatory, request for admission, or request for production.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval, that the fact discovery

STIPULATED MOTION TO MODIFY
DISCOVERY AND PRETRIAL DATES
CASE NO.: 2:21-CV-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 2 -

deadline will be extended by 75 days and all other deadlines in the case will be extended as reflected below.

| Event | Former Deadline | Operative Deadline |
|---|---|---|
| Fact discovery cut-off | August 16, 2023 | October 30, 2023 |
| Last day to file motion for class certification (including expert report in support of class certification) | October 10, 2023 | December 22, 2023 |
| Last day to file opposition to class certification (including expert report in opposition to class certification) | December 8, 2023 | February 27, 2024 |
| Last day to file reply in support of class certification (including reply class certification expert report limited to any new subjects introduced in opposition report) | January 11, 2024 | March 28, 2024 |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 27, 2023

*/s/ Bradley S. Keller*

**BYRNES KELLER CROMWELL LLP**
BRADLEY S. KELLER (WSBA# 10665)
1000 Second Avenue
Seattle, WA 98104
Telephone: 206/622-2000
206/622-2522 (fax)
bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

STIPULATED MOTION TO MODIFY
DISCOVERY AND PRETRIAL DATES
CASE NO.: 2:21-CV-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 3 -

**LABATON SUCHAROW LLP**
MICHAEL P. CANTY
(admitted *pro hac vice*)
CAROL C. VILLEGAS
(admitted *pro hac vice*)
GUILLAUME BUELL
(admitted *pro hac vice*)
DAVID SALDAMANDO
(admitted *pro hac vice*)
DANIELLE IZZO
(admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
cvillegas@labaton.com
gbuell@labaton.com
dsaldamando@labaton.com
dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
PAUL J. GELLER
STUART A. DAVIDSON
(admitted *pro hac vice*)
MARK DEARMAN
(admitted *pro hac vice*)
NICOLLE BRITO
(admitted *pro hac vice*)
ALEXANDER C. COHEN
(admitted *pro hac vice*)
225 NE Mizner Blvd., Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
nbrito@rgrdlaw.com
acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

STIPULATED MOTION TO MODIFY
DISCOVERY AND PRETRIAL DATES
CASE NO.: 2:21-CV-00750-RSL

- 4 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

          *s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

**FENWICK & WEST LLP**
Brian D. Buckley
Y. Monica Chan, WSBA No. 58900
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:     206.389.4511
Email:         bbuckley@fenwick.com
                 mchan@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
Esther D. Galan (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:     415. 281.1350
Email:         lpulgram@fenwick.com
                 jwakefield@fenwick.com
                 anercessian@fenwick.com
                 gkropp@fenwick.com
                 egalan@fenwick.com

*Counsel for Defendants*
*AMAZON.COM, INC. and*
*AMAZON.COM SERVICES, LLC*

STIPULATED MOTION TO MODIFY
DISCOVERY AND PRETRIAL DATES
CASE NO.: 2:21-CV-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 5 -

**ORDER**

Pursuant to the Parties' Stipulated Motion to Modify Discovery and Pretrial Dates, it is HEREBY ORDERED that the deadline for the close of fact discovery and subsequent case deadlines be extended as shown follows:

| Event | Former Deadline | Operative Deadline |
|---|---|---|
| Fact discovery cut-off | August 16, 2023 | October 30, 2023 |
| Last day to file motion for class certification (including expert report in support of class certification) | October 10, 2023 | December 22, 2023 |
| Last day to file opposition to class certification (including expert report in opposition to class certification) | December 8, 2023 | February 27, 2024 |
| Last day to file reply in support of class certification (including reply class certification expert report limited to any new subjects introduced in opposition report) | January 11, 2024 | March 28, 2024 |

**IT IS HEREBY ORDERED.**

Dated  July 31, 2023

*/s/ Robert S. Lasnik*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER TO MODIFY DISCOVERY AND
PRETRIAL DATES
CASE NO.: 2:21-CV-00750-RSL

- 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000