UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>              Plaintiffs,<br><br>        vs.<br><br>AMAZON.COM, INC., *et al.*,<br><br>              Defendants. | Case No. 2:21-cv-00750-RSL<br><br>**ORDER GRANTING PLAINTIFFS'<br>SECOND MOTION TO COMPEL<br>DEFENDANTS' RESPONSE TO<br>INTERROGATORY NO. 1** |

This matter comes before the Court on "Plaintiffs' Second Motion to Compel Defendants' Response to Interrogatory No. 1." Dkt. # 177. Having reviewed the papers submitted by the parties, the Court's prior order compelling production (Dkt. # 139), and the arguments raised and resolved in the fall of 2022,[1] the Court finds as follows:

Defendants' objections to Interrogatory No. 1 are **OVERRULED**; and

**IT IS HEREBY ORDERED** that Defendants shall respond to Plaintiffs' Interrogatory No. 1 and provide "the results of the arbitrations," including the amount of consideration paid and injunctive relief made, within one week of this Order.

Dated this 11th day of August, 2023.

Robert S. Lasnik
United States District Judge

---

[1] Defendants' request for oral argument is DENIED.

ORDER GRANTING PLAINTIFFS' SECOND
MOTION TO COMPEL DEFENDANTS'
RESPONSE TO INTERROGATORY NO. 1         - 1 -