# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KAELI GARNER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION TO CHANGE THE NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DKT. 194)** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Kaeli Garner, et al., and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively, "Amazon") hereby stipulate and respectfully move to change the noting date for Amazon's motion for protective precluding the deposition of its senior vice president of devices and services (Dkt. 194) by one week to September 8, 2023 from the present noting date of September 1, 2023. Plaintiffs will file their response to the Motion for Protective Order by September 1, 2023, and Amazon will file its reply by September 8, 2023. Good cause exists for this short extension to accommodate the parties' travel plans and other scheduling conflicts.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2023 | Respectfully submitted, |
| 2 | | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: */s/ Brian D. Buckley* |
| | |     Brian D. Buckley, WSBA No. 26423 |
| 5 | | |
| 6 | | Y. Monica Chan, WSBA No. 58900 |
| | | 401 Union Street, 5th Floor |
| 7 | | Seattle, WA  98101 |
| | | Telephone:  206.389.4510 |
| 8 | | Facsimile:   206.389.4511 |
| | | Email:          bbuckley@fenwick.com |

Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)
Tyler G. Newby (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350
Email:          lpulgram@fenwick.com
              jwakefield@fenwick.com
              tnewby@fenwick.com
              anercessian@fenwick.com
              gkropp@fenwick.com

Melissa Lawton (admitted *pro hac vice*)
Esther Galan (admitted *pro hac vice*)
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA  90401
Telephone:  310.554.5400
Email:          mlawton@fenwick.com
              egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC

Dated: August 29, 2023      Respectfully submitted,

By: */s/ Bradley S. Keller*
    Bradley S. Keller, WSBA No. 10665

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone:  (206) 622-2000
Facsimile:   (206) 622-2522

|   |   |
|---|---|
| 1 | Email:     bkeller@byrneskeller.com |
| 2 | */s/ Michael P. Canty*<br>Michael P. Canty |
| 3 |   |
| 4 | *Liaison Counsel for Plaintiffs and the Class* |

**LABATON SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
Danielle Izzo (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:   (212) 818-0477
Email:       mcanty@labaton.com
             cvillegas@labaton.com
             gbuell@labaton.com
             dsaldamando@labaton.com
             dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Paul J. Geller (*pro hac vice* forthcoming)
Stuart A. Davidson (admitted *pro hac vice*)
Alexander H. Cohen (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:  (561) 750-3000
Facsimile:   (561) 750-3364
Email:       pgeller@rgrdlaw.com
             sdavidson@rgrdlaw.com
             acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**ORDER**

IT IS HEREBY ORDERED that the stipulated motion is GRANTED. The Note on Motion Calendar for Amazon's motion for protective precluding the deposition of its senior vice president of devices and services (Dkt. 194) (the "Motion") is now September 8, 2023. By agreement of the Parties, the deadline for Plaintiffs to file their response to the Motion is September 1, 2023. Amazon may file a reply in support of the Motion by September 8, 2023.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 30th day of August, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge