THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KAELI GARNER,, et al., Individually and on Behalf of All Others Similarly Situated,

                  Plaintiffs,

vs.

AMAZON.COM, INC., et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:21-cv-00750-RSL (Consolidated)

<u>CLASS ACTION</u>

DECLARATION OF ALEXANDER COHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF ITS SENIOR VICE PRESIDENT OF DEVICES AND SERVICES

<u>NOTE ON MOTION CALENDAR:</u>
September 8, 2023

COHEN DECLARATION ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1       I, Alexander C. Cohen, declare as follows:

2       1.     I am an attorney licensed to practice in the State of Florida and am admitted *pro hac vice* before this Court in this action. I am an associate of the law firm of Robbins Geller Rudman & Dowd LLP, and together with co-counsel, I represent the Plaintiffs in this case. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Angela Sun, dated August 23, 2023.

3.     Attached hereto as **Exhibits 2, 3, 4, and 5** are true and correct copies of documents produced in this action by Defendants to Plaintiffs, containing Bates Nos. AMZ_GARNER_00058354, AMZ_GARNER_00058345, AMZ_GARNER_00061349, and AMZ_GARNER_00061351, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2023, at Boca Raton, Florida.


                                             */s/ Alexander C. Cohen*
                                           Alexander C. Cohen

COHEN DECLARATION ISO PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR
PROTECTIVE ORDER

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 1 -

# EXHIBIT 1
# FILED  UNDER SEAL

# EXHIBIT 2
# FILED  UNDER SEAL

# EXHIBIT 3
# FILED  UNDER SEAL

# EXHIBIT 4
# FILED  UNDER SEAL

# EXHIBIT 5
# FILED  UNDER SEAL