THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No. 2:21-cv-00750-RSL <br><br> **DECLARATION OF MELISSA LAWTON IN SUPPORT OF DEFENDANT AMAZON'S REPLY BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF ITS SENIOR VICE PRESIDENT OF DEVICES AND SERVICES** <br><br> <u>NOTE ON MOTION CALENDAR</u>: <br> September 8, 2023 |

LAWTON DECL. ISO DEFENDANTS'
REPLY BRIEF ISO MOTION FOR
PROTECTIVE ORDER
CASE NO. 2:21-CV-00750-RSL

Fenwick & West LLP
401 Union Street, 5th Floor
Seattle, Washington 98101

I, Melissa Lawton, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* in this action and am counsel at the law firm of Fenwick & West LLP, counsel of record for Defendants Amazon.com, Inc. and Amazon.com Services, LLC ("Amazon"). I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could competently testify to those facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the August 23, 2023 deposition of Angela Sun.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the August 31, 2023 deposition of Shiv Vitaladevuni.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on September 8, 2023

*/s/ Melissa Lawton*
Melissa Lawton

LAWTON DECL. ISO DEFENDANTS'
REPLY BRIEF ISO MOTION FOR
PROTECTIVE ORDER
CASE NO. 2:21-CV-00750-RSL

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101