# EXHIBIT A

[Redacted]

```
 1

 2

 3
                 UNITED STATES DISTRICT COURT
 4               WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE
 5

 6   _____
                                   )
 7   KAELI GARNER, et al.,         )
                                   )
 8          Plaintiffs,            )
                                   )
 9      v.                         ) Case No.
                                   )
10   AMAZON.COM, INC., a Delaware  ) 2:21-cv-00750-RSL
     Corporation, and AMAZON.COM   )
11   SERVICES LLC, a Delaware      )
     Limited Liability Company,    )
12                                 )
            Defendants.            )
13                                 )
     _____)
14

15

16

17         VIDEOTAPED DEPOSITION of ANGELA SUN

18          - CONDUCTED BY VIDEOCONFERENCE -

19            Wednesday, August 23, 2023

20         16:04 Coordinated Universal Time

21

22

23

24

25          Michelle Keegan, RMR, CRR, CSR
```

1   speech recognition, which is the team I am on.

2          We transcribe speech to text.  And then

3   that goes to a component called "natural language

4   understanding," which then tries to deduce what

5   the customer meant to ask for.

6          And then it goes to what I would say is

7   the fourth component, which is actually many other

8   components underlying, but we call them

9   "speechlets," which is just the service that

10  renders the response back.

11         So if you ask "What's the weather?" the

12  speechlet is the one that will say, "Okay, this

13  person wants the weather in Seattle, so I'm going

14  to go fetch that information and return it."

15         And then I guess lastly there is a

16  component called "text to speech," which is

17  generating Alexa's response, the voice.

18      Q. And where does that happen?

19      A. When does what happen?

20      Q. Not when.  Where?

21      A. Which part?

22      Q. The text to speech.

23      A. I don't know.

24      Q. Let's talk about the speech recognition

25  for a second.  So where does that occur?

Angela Song
August 23, 2023

1     A. Where does that occur?

2     Q. Yes.

3     A. What do you mean?

4     Q. Does it occur on the device?

5     A. We do have a feature where we process some

6  speech recognition on-device, but the majority of

7  it occurs on the cloud.

8     Q. And what is the function that does it on

9  the device?

10     A. There is a feature that customers can

11 select that is called "do not send voice

12 recordings," which is a feature that sets speech

13 recognition, parts of it, to occur on the device.

14     Q. And that is something that a customer has

15 to specifically select.  Correct?

16     A. Yes.

17

18

19

20

21

22

23

24

25

Angela Gan
August 23, 2023



1

2

3

4

5

6

7

8

9

10

11     Q. When does that occur?

12     A. So when the customer is making the

13  request, we call that "at run time."  So as

14  they're doing it, our machine learning models are

15  transcribing that real time to text.

16     Q. If a customer opts out of having their

17  audio stored, is there still a transcribed -- is

18  there still a transcription of the text that goes

19  to the cloud?

20     A. I have -- so if the customer opts out of

21  having their -- let me -- so -- let me speak to

22  the "do not send voice recordings."

23       There's a bunch of different features, so

24  I have to be specific about the feature itself.

25       And so if a customer selects the feature

1    that I spoke about, "do not send voice

2    recordings," there is still a text transcript that

3    goes to the cloud and is available to the customer

4    to see in their voice history.

5         Q. Are you familiar with the difference

6    between analog and digital?

7         Did I lose you, Angela?

8         A. Can you hear me?

9         Q. Now I hear you.  Yeah.

10        Are you familiar with those terms?

11        A. Yes.

12        Q. Do the Alexa devices convert analog to

13   digital?

14        A. Can you hear me?

15        Q. I missed you, if you said something.  I'm

16   so sorry.

17        A. Yes.

18        Q. How does that happen?

19        A. Yeah.  So, you know, to us, or at least in

20   my interpretation, the voice -- the human voice

21   and humans themselves are in the analog world.

22   And as they speak to Alexa, we then translate that

23   request, the voice request, into the digital form

24   which are these text transcripts.

25        Q. The software does that.  Correct?

1       A. Yes.

2       Q. And what --

3       A. My word for it is our machine learning

4    models do that.  Yes.

5       Q. And where does that process occur?  Is

6    that in the cloud?

7          MR. NEWBY:  Objection to form.

8       Q. Where does that process occur?  I'm sorry.

9       A. So I mentioned, most of the time it is on

10   the cloud unless the customers have elected to --

11   the speech, where we talked about "do not send

12   voice recordings" for that audio processing to

13   happen on-device.

14

15

16

17

18

19      Q. And when you say it's processed on the

20   device, you mean on the Alexa device?

21      A. Yes.  The Echo devices.

22      Q. Okay.  Are you familiar with whether or

23   not the Alexa devices receive data from Amazon?

24          MR. NEWBY:  Objection to form.

25      A. I am -- you mean -- can you be more



Angela Sun
August 23, 2023                                                    83









Angela Bua
August 23, 2023



Angela Russ

August 23, 2023                                    93







Angela Paul
August 23, 2023                                                    96



Angel 208-1
August 23, 2023                                                              97





Angela Paul
August 23, 2023                                                    99



Angela Sun
August 23, 2023











August 23, 2023





Angela Sun
August 23, 2023                                              107





Angela Bunce
August 23, 2023



Angela Bour
August 23, 2023

 1

 2

 3

 4

 5     Q. Going back to the recordings which are

 6   stored for those that did not opt into -- opt out

 7   of them being stored on the cloud, can those

 8   recordings be deleted by a user?

 9     A. Can you repeat your question?

10     Q. Sure.  I'm talking about a situation where

11   a user has not opted out of their recordings being

12   stored in the cloud.  I'm wondering whether or not

13   a customer user has the ability to delete that

14   recording?

15     A. They do.  Yes.

16     Q. Okay.  Do they also have the ability to

17   delete the text transcript which is produced?

18     A. Yes, they do.

19     Q. As far as voice recordings, how do they do

20   that?

21     A. You can go into the Alexa app or the

22   desktop browser and go to that section that we had

23   previously spoken about called "voice history."

24   Review voice history.  And there you can see each

25   of your transcripts and there's a little icon for

```
 1   audio and there's a delete button.  So they could

 2   do it there.

 3         And then there are other controls where we

 4   talked about the retention policy where you can

 5   also delete in bulk.

 6      Q. If you deleted on your phone -- if a user

 7   deletes it on their app, is it deleted from the

 8   cloud?

 9      A. Yes.

10      Q. And how does that process work?

11      A. I am not familiar.  I'm not an engineer.

12      Q. How do you know if you delete it on your

13   phone it is also deleted from the cloud?

14      A. That is the policy that we have.  The

15   mechanics of it sits in a different team.

16      Q. Is there a specific policy that you're

17   referring to?

18      A. The retention -- I guess you could call it

19   the retention policy or the deletion policy.

20

21

22

23

24

25
```



Angela Sun

August 23, 2023







17      Q. Is Alexa, the Echo family of devices, is

18  it always listening?

19      A. It is not always listening.

20      Q. Is it continuously processing audio?

21          MR. NEWBY:  Objection to form.

22      A. I think the wake word team would be more

23  suited to get to those details.

24      Q. How do you know it's not always listening?

25      A. So as the speech recognition component, we

Angel 208-1

August 23, 2023                                                    174

1    not have that descriptor.  But again, I am not on

2    the AED team and I am not a scientist.  I did not

3    write this.  So I would defer to them for more

4    specifics.

5        Q. Do you know if Amazon launched the DNSVR

6    feature without any public relations or press

7    releases?

8        A. The DNSVR, "Do not send voice recordings"

9    feature was announced at the fall event, which

10   internally we consider one of our biggest PR,

11   public relations events.

12       Q. And what time of year was that?

13       A. In the fall.  September.

14       Q. What year?  Do you know?

15       A. September 2021.

16

17

18

19

20

21

22

23

24

25

Angel Poupart

August 23, 2023                                                    175

1

2

3

4

5      Q. So is it still your opinion that there was

6  PR for DNSVR?

7      A. Yeah.  So the PR happened in the fall of

8  the preceding year.  It's actually pretty common

9  for us because we do have the standing event

10  annually where we talk about new features and

11  announcements.

12       And typically our PR team would not want

13  to repeat using more PR in the subsequent months

14  or in the subsequent following months.

15       And so what this means is that when we

16  finally launched the feature in Q1, we didn't have

17  any PR.  But that PR was done in the fall.

18      Q. And I might have asked you this, but what

19  is your understanding or definition of a "wake

20  word"?

21      A. It's a word that is used to invoke Alexa.

22      Q. And what is utterance audio?

23      A. Utterance -- I think we had talked about

24  an utterance can be audio or text.  Utterance

25  audio is the actual audio recording of the voice

1    Alexa to recognize their voice.  Is that right?

2        A. Yes, that's correct.

3            MR. DEARMAN:  Objection, form.

4            MR. NEWBY:  Sorry.  Was there an

5    objection?

6            MR. DEARMAN:  There was, to form.

7        Q. Ms. Sun, is the voice ID feature, is that

8    limited to registered users of Alexa?

9        A. It is not.  No.

10       Q. Can anyone create a voice ID?

11       A. Yes.

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3          MR. NEWBY:  I have no further questions.

4          MR. DEARMAN:  We have no further

5   questions.

6          THE VIDEOGRAPHER:  All right.  Anything

7   further for the record before I take us off for

8   the day?

9          MR. DEARMAN:  No.

10         Thank you, Angela, for your time.

11         THE WITNESS:  Thank you.

12         THE VIDEOGRAPHER:  All right.  In that

13  case, we are going off the record.  The time is

14  21:48 UTC.  And this concludes today's testimony

15  given by Angela Sun.

16         (Off the record at 21:48)

17

18

19

20

21

22

23

24

25