THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No.: 2:21-cv-00750-RSL <br><br> **NOTICE OF MOTION RE-NOTED FOR DEFENDANTS' MOTION TO SEAL PORTIONS OF REPLY BRIEF AND EXHIBITS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER (DKT. 205)** <br><br> NOTE ON MOTION CALENDAR: <br> September 29, 2023 |

Pursuant to LCR 7(d)(3) and 7(l), Defendants Amazon.com, Inc. and Amazon.com Services LLC re-note Defendants' Motion to Seal Portions of Reply Brief and Exhibits in Support of Motion for Protective Order (Dkt. 205) from September 22, 2023 to September 29, 2023.

Dated: September 11, 2023

Respectfully submitted,
FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

Y. Monica Chan, WSBA No. 58900
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

|   |   |
|---|---|
| 1 |  |
| 2 | Laurence F. Pulgram (admitted *pro hac vice*)<br>Jedediah Wakefield (admitted *pro hac vice*) |
| 3 | Tyler G. Newby (admitted *pro hac vice*)<br>Armen N. Nercessian (admitted *pro hac vice*) |
| 4 | Garner F. Kropp (admitted *pro hac vice*)<br>555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104<br>Telephone:  415.875.2300 |
| 6 | Facsimile:   415.281.1350<br>Email:       lpulgram@fenwick.com |
| 7 | jwakefield@fenwick.com<br>tnewby@fenwick.com |
| 8 | anercessian@fenwick.com<br>gkropp@fenwick.com |
| 9 |  |
| 10 | Melissa Lawton (admitted *pro hac vice*)<br>Esther Galan (admitted *pro hac vice*) |
| 11 | 228 Santa Monica Boulevard, Suite 300<br>Santa Monica, CA  90401 |
| 12 | Telephone:  310.554.5400<br>Email:       mlawton@fenwick.com |
| 13 | egalan@fenwick.com |
| 14 | *Counsel for Defendants*<br>AMAZON.COM, INC. and AMAZON.COM |
| 15 | SERVICES, LLC |

NOT. OF MOT. RE-NOTED
CASE NO.: 2:21-CV-00750-RSL

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101