UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Cause No. C21-0750RSL <br><br> ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on the "Motion to Seal Plaintiffs' Opposition to Defendants' Motion for Protective Order Precluding the Deposition of its Senior Vice President of Devices and Services." Dkt. # 199. A redacted version of the Opposition has been filed at Dkt. # 201 for public viewing. The Court, having considered the motion and defendants' response thereto, hereby ORDERS that the motion is GRANTED. Dkt. # 200 shall remain under seal.

Dated this 25th day of September, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1