UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Cause No. C21-0750RSL <br><br> ORDER GRANTING <br> MOTION TO SEAL |

This matter comes before the Court on "Defendants' Motion to Seal Exhibits C-G Attached to the Declaration of Melissa Lawton in Support of Defendants' Motion for Protective Order," Dkt. # 204, and "Defendants' Motion to Seal Portions of Reply Brief and Exhibits in Support of Motion for Protective Order." Dkt. # 205. A redacted version of the Reply has been filed at Dkt. # 207 for public viewing. While Amazon's reliance on *Phillips v. General Motors Corp.*, 307 F.3d 1206 (9th Cir. 2002), is misplaced,[1] the documents at issue contain internal, non-public information about product development, feature upgrades/alternatives, and marketing

---

[1] The protective order in this case does not authorize the filing of any particular document under seal. Rather, it defines various categories of confidential documents for purposes of access/ dissemination during discovery and requires the parties to follow the procedures and standards of LCR 5(g) if a party seeks permission to file material under seal. Dkt. # 81 at 9. LCR 5(g) expressly incorporates a presumption of public access which the party requesting a seal must overcome.

ORDER GRANTING MOTION TO SEAL - 1

plans that have been maintained in confidence. The motions to seal are, therefore, GRANTED. Dkt. # 195-3, # 195-4, # 195-5, # 195-6, # 195-7, and # 206 shall remain under seal.

Dated this 28th day of September, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2