THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00750-RSL<br><br>**MOTION TO SEAL PLAINTIFFS' MOTION FOR IN CAMERA REVIEW OF DOCUMENTS CLAWED BACK OUT OF TIME**<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>March 15, 2024 |

MOTION TO SEAL PLAINTIFFS'
MOTION FOR IN CAMERA REVIEW
OF DOCUMENTS CLAWED BACK
OUT OF TIME
Case No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

In light of the Stipulated Protective Order (ECF 81), Plaintiffs Kaeli Garner, Jodi Brust, Diane McNealy, Michael McNealy, Ricky Babani, Jeffrey Hoyt, Lorlie Tesoriero, Selena Johnson, Ronald Johnson, and Caron Watkins hereby move to file their Motion for In Camera Review of Documents Clawed Back Out of Time, as well as certain documents produced by Defendants, under seal. Plaintiffs reserve the right to challenge Defendants' confidentiality designations at any point in this case. Plaintiffs file this motion because Defendants have designated documents relied upon by Plaintiffs as "confidential," purportedly pursuant to the Parties' Stipulated Protective Order.

## CERTIFICATION

Pursuant to L.C.R. 5(g), on February 27, 2024, counsel for Plaintiffs and Defendants discussed Plaintiffs' intention to file a motion to compel including references to documents marked confidential and highly confidential. Plaintiffs agreed to provisionally file the materials under seal and reserved their rights to challenge the designations.

DATED: February 27, 2024

Respectfully submitted,

*/s/ Bradley S. Keller*
**BYRNES KELLER CROMWELL LLP**
BRADLEY S. KELLER (WSBA# 10665)
1000 Second Avenue
Seattle, WA  98104
Telephone:  206/622-2000
206/622-2522 (fax)
bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

**LABATON KELLER SUCHAROW LLP**
MICHAEL P. CANTY (admitted *pro hac vice*)
CAROL C. VILLEGAS (admitted *pro hac vice*)
GUILLAUME BUELL (admitted *pro hac vice*)
DAVID SALDAMANDO (admitted *pro hac vice*)
DANIELLE IZZO (admitted *pro hac vice*)
140 Broadway

MOTION TO SEAL PLAINTIFFS'
MOTION FOR IN CAMERA REVIEW
OF DOCUMENTS CLAWED BACK
OUT OF TIME
Case No.: 2:21-cv-00750-RSL                      - 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
cvillegas@labaton.com
gbuell@labaton.com
dsaldamando@labaton.com
dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
PAUL J. GELLER
STUART A. DAVIDSON (admitted *pro hac vice*)
MARK DEARMAN (admitted *pro hac vice*)
NICOLLE BRITO (admitted *pro hac vice*)
ALEXANDER C. COHEN (admitted *pro hac vice*)
225 NE Mizner Blvd, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
nbrito@rgrdlaw.com
acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

MOTION TO SEAL PLAINTIFFS'
MOTION FOR IN CAMERA REVIEW
OF DOCUMENTS CLAWED BACK
OUT OF TIME
Case No.: 2:21-cv-00750-RSL

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 2 -

**LOCAL RULE 7(e)(6) CERTIFICATION**

I certify that this memorandum contains 145 words, in compliance with the Local Civil Rule 7(e)(4).

Dated: February 27, 2024

By: <i>/s/ Bradley S. Keller</i><br>Bradley S. Keller

MOTION TO SEAL PLAINTIFFS'
MOTION FOR IN CAMERA REVIEW
OF DOCUMENTS CLAWED BACK
OUT OF TIME
Case No.: 2:21-cv-00750-RSL      - 3 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000