UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00750-RSL<br><br>**JOINT MOTION AND ORDER TO MODIFY CLASS CERTIFICATION BRIEFING DEADLINES** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate to the following:

WHEREAS, this is a putative nationwide data privacy class action lawsuit.

WHEREAS, on November 17, 2021, Plaintiffs filed the Amended Consolidated Class Action Complaint against Defendants.

WHEREAS, the Parties have engaged in extensive discovery, including document requests, interrogatories, discovery dispute conferences, motions to compel, and roughly twenty depositions to date.

WHEREAS, fact discovery closed on February 27, 2024.

JOINT MOTION AND ORDER TO MODIFY
CLASS CERTIFICATION BRIEFING
DEADLINES
- 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

WHEREAS, the Parties have jointly agreed to schedule the deposition of Defendants' corporate designee(s) after the close of fact discovery to be completed by April 26, 2024.

WHEREAS, the Parties have cooperatively discussed the need for an extension of class certification briefing and related expert report deadlines.

WHEREAS, the Parties agreed that there will be no additional discovery requests issued by either side.

WHEREAS, the Parties agreed that there will be no additional discovery-related motion practice, including as to Rule 30(b)(6) topics, by either side, beyond what has already been filed and is pending.

WHEREAS, this stipulation memorializes the Parties' agreement to extend the deadline for Plaintiffs' motion for class certification and the parties' expert reports.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, that the deadlines related to Plaintiffs' motion for class certification be extended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Last day to file motion for class certification (including expert report in support of class certification) | April 19, 2024 | June 18, 2024 |
| Last day to file opposition to class certification (including expert report in opposition to class certification) | June 26, 2024 | September 16, 2024 |
| Last day to file reply in support of class certification (including reply class certification expert report limited to any new subjects introduced in opposition report) | July 26, 2024 | October 31, 2024 |

Further, the parties agree that there will be no additional fact discovery or discovery-related motions.

JOINT MOTION AND ORDER TO MODIFY
CLASS CERTIFICATION BRIEFING
DEADLINES
- 2 -

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**IT IS SO STIPULATED.**

DATED: March 19, 2024

Respectfully submitted,

/s/ Bradley S. Keller

**BYRNES KELLER CROMWELL LLP**
BRADLEY S. KELLER (WSBA# 10665)
1000 Second Avenue
Seattle, WA 98104
Telephone: 206/622-2000
206/622-2522 (fax)
bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

**LABATON SUCHAROW LLP**
MICHAEL P. CANTY
(admitted *pro hac vice*)
CAROL C. VILLEGAS
(admitted *pro hac vice*)
GUILLAUME BUELL
(admitted *pro hac vice*)
DAVID SALDAMANDO
(admitted *pro hac vice*)
DANIELLE IZZO
(admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
cvillegas@labaton.com
gbuell@labaton.com
dsaldamando@labaton.com
dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
PAUL J. GELLER
STUART A. DAVIDSON
(admitted *pro hac vice*)
MARK J. DEARMAN
(admitted *pro hac vice*)
ALEXANDER C. COHEN

JOINT MOTION AND ORDER TO MODIFY
CLASS CERTIFICATION BRIEFING
DEADLINES

- 3 -

**BYRNES ♦ KELLER ♦ CROMWELL LLP**
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

(admitted *pro hac vice*)
NICOLLE B. BRITO
(admitted *pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
acohen@rgrdlaw.com
nbrito@rgrdlaw.com
*Co-Lead Counsel for Plaintiffs and the Class*

Dated: March 19, 2024             FENWICK & WEST LLP

By: /s/ *Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    Y. Monica Chan, WSBA No. 58900
    401 Union Street, 5th Floor
    Seattle, WA  98101
    Telephone:  206.389.4510
    Facsimile:   206.389.4511
    Email:       bbuckley@fenwick.com

    Jedediah Wakefield (admitted *pro hac vice*)
    Tyler G. Newby (admitted *pro hac vice*)
    Armen N. Nercessian (admitted *pro hac vice*)
    Garner F. Kropp (admitted *pro hac vice*)
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone:  415.875.2300
    Facsimile:   415.281.1350
    Email:       jwakefield@fenwick.com
                 tnewby@fenwick.com
                 anercessian@fenwick.com
                 gkropp@fenwick.com

    Melissa Lawton (admitted *pro hac vice*)
    Esther D. Galan (admitted *pro hac vice*)
    Janie Yoo Miller (admitted *pro hac vice*)
    730 Arizona Avenue, 1st Floor
    Santa Monica, CA  90401
    Telephone:  310.434.5400
    Email:       mlawton@fenwick.com

JOINT MOTION AND ORDER TO MODIFY
CLASS CERTIFICATION BRIEFING
DEADLINES

- 4 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

jmiller@fenwick.com
egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM
SERVICES LLC

**ORDER**

Pursuant to the Parties' Stipulated Motion to Modify Class Certification Briefing Deadlines, it is HEREBY ORDERED that the case schedule shall be modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to file motion for class certification (including expert report in support of class certification) | April 19, 2024 | June 18, 2024 |
| Last day to file opposition to class certification (including expert report in opposition to class certification) | June 26, 2024 | September 16, 2024 |
| Last day to file reply in support of class certification (including reply class certification expert report limited to any new subjects introduced in opposition report) | July 26, 2024 | October 31, 2024 |

It is further ORDERED that there will be no additional fact discovery or discovery-related motions.

Dated this 20th day of March, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

JOINT MOTION AND ORDER TO MODIFY
CLASS CERTIFICATION BRIEFING
DEADLINES

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

- 5 -