THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, | Case No. 2:21-cv-00750-RSL |
| Plaintiffs, | **DECLARATION OF DANIELLE IZZO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE CONFIDENTIALITY DESIGNATIONS** |
| v. | |
| AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
ENFORCE CONFIDENTIALITY DESIGNATIONS
Case No. 2:21-CV-00750-RSL

**BYRNES KELLER CROMWELL LLP**
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

I, Danielle Izzo, declares as follows:

I am an attorney in good standing admitted *pro hac vice* before the Court for this action.  I am an associate at Labaton Keller Sucharow LLP.  I make this declaration based on my personal knowledge and that of my colleagues who attended the meet and confers and sent the letter correspondence discussed below.

1.      On March 20, 2024, Plaintiffs sent Defendants a letter pursuant to Section 6.4.2 of the Protective Order (ECF No. 81), seeking to disclose materials marked highly confidential – attorneys' eyes only to their expert, Dr. Serge Egelman.  Plaintiffs' letter contained Dr. Egelman's background information, a list of work for which he received compensation or funding, and a then-current copy of his CV.

2.      On March 22, 2024, Defendants sent Plaintiffs an email inquiring about the eight confidential matters identified in Plaintiff's March 20, 2024 letter.

3.      On March 26, 2024, Plaintiffs explained to Defendants via email that the matters were confidential, but that they involved consulting for a private organization on issues not related to the claims in the present case.

4.      On March 26, 2024, the parties met to discuss Dr. Egelman's confidential matters. During the meet and confer, Plaintiffs agreed that they would try to get information from Dr. Egelman about the technology or claims involved in the unrelated matters, per Defendants' request. At the same time, Plaintiffs proposed a compromise in which Plaintiffs would provide Defendants with a list of the specific categories of documents Plaintiffs intend to share with Dr. Egelman.

5.      On March 26, 2024, Plaintiffs sent an email to Defendants to provide additional information about Dr. Egleman's work.  Plaintiffs stated that Dr. Egleman confirmed that his work related to app development unrelated to Amazon, its products, or services.

6.      On March 27, 2024, Defendants sent Plaintiffs a letter providing a new list of five additional questions that were not raised during the parties' meet and confer.

7.      On April 3, 2024, Plaintiffs sent Defendants a letter in response to Defendants' March 27, 2024 letter.  Plaintiffs stated that Defendants' request for additional information went beyond the

DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
ENFORCE CONFIDENTIALITY DESIGNATIONS
Case No. 2:21-CV-00750-RSL

**BYRNES KELLER CROMWELL LLP**
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

1

scope of the Stipulated Protective Order.  In the spirit of compromise, Plaintiffs spoke to Dr. Egelman and, based on his responses, provided answers to each of Defendants' additional questions.

8.      On April 5, 2024, Defendants sent Plaintiffs another letter regarding Dr.  Egelman's eight confidential matters.  Defendants failed to meet and confer with Plaintiffs prior to sending this letter.  In their letter, Defendants identified Dr. Egelman's publicly available resume which contained updates since Plaintiffs' March 20, 2024 letter.  Defendants also requested that Plaintiffs answer three additional questions about Dr. Egelman's work.

9.      On April 12, 2024, Plaintiffs sent Defendants a letter in response to Defendants' April 5, 2024 letter.  Here, Plaintiffs explained that Defendants failed to follow the procedure set forth in the parties' Stipulated Protective Order for objecting to the disclosure of highly confidential documents to an expert. See ECF No. 81 (Section 6.4.4) by failing to meet and confer with Plaintiffs within five business days of the notice of objection.  In this letter, Plaintiffs further explained that they had complied with the Protective Order and provided fulsome disclosures about Dr. Egelman's work and experience.

Dated:  May 23, 2024                                    By: */s/ Danielle Izzo*
                                                              Danielle Izzo
                                                              LABATON KELLER SUCHAROW LLP

                                                              **BYRNES KELLER CROMWELL LLP**
                                                              BRADLEY S. KELLER (WSBA# 10665)
                                                              1000 Second Avenue, 38th Floor
                                                              Seattle, WA 98104
                                                              Telephone: 206/622-2000
                                                              206/622-2522 (fax)
                                                              bkeller@byrneskeller.com

                                                              *Local Counsel for Plaintiffs and the Class*

                                                              **ROBBINS GELLER RUDMAN**
                                                              **& DOWD LLP**
                                                              PAUL J. GELLER
                                                              STUART A. DAVIDSON
                                                              (admitted *pro hac vice*)
                                                              MARK J. DEARMAN
                                                              (admitted *pro hac vice*)
                                                              ALEXANDER C. COHEN
                                                              (admitted *pro hac vice*)
                                                              NICOLLE B. BRITO
                                                              (admitted *pro hac vice*)

DECLARATION IN SUPPORT OF PLAINTIFFS'           **BYRNES KELLER CROMWELL LLP**
OPPOSITION TO DEFENDANTS' MOTION TO             1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
ENFORCE CONFIDENTIALITY DESIGNATIONS            TELEPHONE: 206/622-2000• FAX: 206/622-2522
Case No. 2:21-CV-00750-RSL

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
acohen@rgrdlaw.com
nbrito@rgrdlaw.com

**LABATON KELLER SUCHAROW LLP**
MICHAEL P. CANTY
(admitted *pro hac vice*)
CAROL C. VILLEGAS
(admitted *pro hac vice*)
GUILLAUME BUELL
(admitted *pro hac vice*)
THOMAS G. HOFFMAN JR.
(admitted *pro hac vice*)

DAVID SALDAMANDO
(admitted *pro hac vice*)
DANIELLE IZZO
(admitted *pro hac vice*)

140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
cvillegas@labaton.com
gbuell@labaton.com
thoffman@labaton.com

dsaldamando@labaton.com
dizzo@labaton.com

*Interim Co-Lead Class Counsel*

**BURSOR & FISHER, P.A.**
L. TIMOTHY FISHER
(admitted *pro hac vice*)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: 925/300-4455
925/407-2700 (fax)
ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
ALEC M. LESLIE
(admitted *pro hac vice*)
MAX S. ROBERTS
(admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor

DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
ENFORCE CONFIDENTIALITY DESIGNATIONS
Case No. 2:21-CV-00750-RSL

**BYRNES KELLER CROMWELL LLP**
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

3

New York, NY 10019
Telephone: 646/837-7150
212/989-9163 (fax)
aleslie@bursor.com
mroberts@bursor.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
ROBERT K. SHELQUIST
(admitted pro hac vice)
REBECCA A. PETERSON
(admitted pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: 612/339-6900
612/339-0981 (fax)
rkshelquist@locklaw.com
rapeterson@locklaw.com

**ZIMMERMAN REED, LLP**
BRIAN C. GUDMUNDSON
(admitted *pro hac vice*)
JASON P. JOHNSTON
(admitted *pro hac vice*)
MICHAEL J. LAIRD
(admitted *pro hac vice*)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: 612/341-0400
612/341-0844 (fax)
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com

**ZIMMERMAN REED LLP**
CALEB MARKER (admitted *pro hac vice*)
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Telephone: 877/500-8780
caleb.marker@zimmreed.com

*Interim Class Counsel*

DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
ENFORCE CONFIDENTIALITY DESIGNATIONS
Case No. 2:21-CV-00750-RSL

**BYRNES KELLER CROMWELL LLP**
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

4