# EXHIBIT XX

# (EXHIBIT FILED UNDER SEAL)