UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Cause No. C21-0750RSL

ORDER GRANTING IN PART MOTION TO SEAL (Dkt. # 230)

This matter comes before the Court on the "Motion to Seal Plaintiffs' Motion to Compel Custodial Text Messages Responsive to Plaintiffs' Requests for Production." Dkt. # 230. A redacted version of the motion to compel has been filed at Dkt. # 228 for public viewing. Amazon agrees that some of the redactions are unnecessary (those on pages 1-3, 9, and all redactions on page 10 except on line 23)[1] and that Exhibits A-C to the Canty Declaration can be unsealed. It also requests that two quotations in its opposition be redacted. An unsealed version of the redacted opposition is available for public viewing at Dkt. # 241.

---

[1] The motion to compel, excluding the title page, table of contents, and table of authorities, is only seven pages long. Amazon appears to be mixing references to plaintiffs' pagination (pages 1-3) and the CM/ECF pagination (pages 9 and 10). As described by Amazon, the Court would infer that the only redaction Amazon wants to maintain is a phrase on CM/ECF page 10 of 13, line 23. It is clear, however, that Amazon also wants to shield from public view quotations from the internal chat communications transcribed in Exhibit D to the Canty Declaration.

ORDER GRANTING MOTION TO SEAL - 1

The internal chat communications recorded in Exhibit D to the Canty Declaration touch on the design and development of product features and marketing/business strategies. It and the quotations from the communications that have been incorporated into the parties' memoranda shall remain under seal. Because the other redactions are fairly inconsequential (or are easily guessed given the title and purpose of the motion), plaintiffs will not be required to file a second version of their motion with fewer redactions.

For all of the foregoing reasons, Dkt. # 231, # 231-4, and # 244 shall remain under seal. The Clerk of Court is directed to unseal Dkt. # 231-1, # 231-2, and # 231-3.

Dated this 18th day of June, 2024.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2