UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>AMAZON.CO, INC., *et al.*,<br><br>              Defendants. | Cause No. C21-0750RSL<br><br>ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL (Dkt. # 231) |

This matter comes before the Court on "Plaintiffs' Motion to Compel Custodial Text Messages Responsive to Plaintiffs' Requests for Production." Dkt. # 231. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court is persuaded that defendants acted in good faith when disclosing the data sources that were likely to contain responsive and discoverable information, as required by the parties' agreement regarding discovery of electronically-stored information (Dkt. # 89 at ¶ B.2.). Mr. Limp confirmed defendants' understanding of how Amazon employees communicate: primarily through email, sometimes via chat communications platforms, and "from time to time text messages." Dkt. # 231-3 at 4. Mr. Limp is the first Amazon employee to acknowledge using text messages to conduct business, and his company-issued cell phone was imaged in connection with an unrelated proceeding. Amazon has offered to review those text messages and produce any

ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL - 1

communications that are responsive to plaintiffs' requests for production. The Court finds that such a production would be proportional to the needs of the case, but that compelling Amazon to obtain and review the text messages of other employees (most of whom do not have company-issued cell phones and have a significant privacy interest in the contents of their personal communication devices) is not warranted.

For all of the foregoing reasons, plaintiffs' motion to compel the production of responsive text messages (Dkt. # 231) is GRANTED in part. Amazon shall, within twenty-one days of the date of this Order, review the text messages imaged from Mr. Limp's phone and produce all communications that are responsive to plaintiffs' requests for production.

Dated this 18th day of June, 2024.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS'
MOTION TO COMPEL - 2