THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No. 2:21-cv-00750-RSL <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT** <br><br> <u>NOTE ON MOTION CALENDAR</u>: <br><br> July 30, 2024 |

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT
Case No.: 2:21-cv-00750-RSL

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Plaintiffs respectfully move the Court to request an opportunity to oppose Defendants' Motion for Leave to File an Over-length Motion For Summary Judgment filed on July 29, 2024 ("Defendants' Motion"). *See* ECF No. 270.

Under the Local Rules of the United States District Court for the Western District of Washington ("Local Rules"), Defendants are entitled to file a summary judgment motion containing up to 8,400 words (or twenty-four pages) and a reply brief containing up to 4,200 words (or twelve pages). Local Rules W.D. Wash. LCR 7(e)(3). Defendants now request 42,000 words (120 pages) for their opening summary judgment motion—five times the amount provided by the Local Rules. *See id*.

Plaintiffs respectfully request an opportunity to explain why they oppose Defendants' excessive request, which contemplates over 300 pages of briefing (not to mention whatever voluminous exhibits Defendants intend to rely on) on issues that directly overlap with the issues before the Court on Plaintiffs' Motion for Class Certification. Regarding the opposition, Plaintiffs respectfully request leave to file a two-page opposition within three days should the Court grant Plaintiffs' request. More specifically, putting aside that Defendants' Motion lacks any detail and makes only conclusory statements supporting the need to file a 120-page motion, Defendants seek to raise arguments that will likely be duplicative of Defendants' challenges to typicality and adequacy forthcoming in their opposition to Plaintiffs' Motion for Class Certification, which Plaintiffs will explain should occur first. *See, e.g., Centeno v. Quigley*, 2015 WL 432537, at *3 (W.D. Wash. Feb. 2, 2015) (noting that, under the one-way intervention rule, a "summary judgment motion is premature prior to class certification"). Moreover, if Defendants file a summary judgment motion before Plaintiffs' Motion for Class Certification is decided, Defendants will likely request a later opportunity to file an additional motion for summary judgment resulting in further waste of judicial resources.

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT
Case No.: 2:21-cv-00750-RSL         - 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| | |
|---|---|
| 1 | Plaintiffs also write to request a status conference. There are several open issues that will |
| 2 | impact the pending and forthcoming motions in this case. First, the Court is currently reviewing |
| 3 | a sampling of Defendants' clawed-back documents. *See* ECF No. 269. Second, the Court also |
| 4 | recently allowed Plaintiffs' expert, Dr. Serge Egelman, to review Defendants' "HIGHLY |
| 5 | CONFIDENTIAL – ATTORNEYS' EYES ONLY" documents. *See* ECF No. 263. Dr. Egelman |
| 6 | may submit a supplemental report in further support of Plaintiffs' Motion for Class Certification. |
| 7 | *See id*. Finally, the outcomes of these matters, as well as the outcome of Plaintiffs' Motion for |
| 8 | Class Certification, may narrow the issues that the parties may consider in any motions for |
| 9 | summary judgment. |
| 10 | For the reasons stated above, Plaintiffs respectfully request that the Court allow Plaintiffs |
| 11 | to file an opposition to Defendants' Motion and that the Court set a status conference. |

DATED: July 30, 2024

Respectfully submitted,

*/s/ Bradley S. Keller*
**BYRNES KELLER CROMWELL LLP**
BRADLEY S. KELLER (WSBA# 10665)
1000 Second Avenue
Seattle, WA 98104
Telephone: 206/622-2000
206/622-2522 (fax)
bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

**LABATON KELLER SUCHAROW LLP**
MICHAEL P. CANTY
(admitted *pro hac vice*)
CAROL C. VILLEGAS
(admitted *pro hac vice*)
GUILLAUME BUELL
(admitted *pro hac vice*)
DAVID SALDAMANDO
(admitted *pro hac vice*)
DANIELLE IZZO

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT
Case No.: 2:21-cv-00750-RSL

- 2 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

(admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com
cvillegas@labaton.com
gbuell@labaton.com
dsaldamando@labaton.com
dizzo@labaton.com

**ROBBINS GELLER
RUDMAN & DOWD LLP**
PAUL J. GELLER
STUART A. DAVIDSON
(admitted *pro hac vice*)
MARK DEARMAN
(admitted *pro hac vice*)
NICOLLE BRITO
(admitted *pro hac vice*)
ALEXANDER H. COHEN
(admitted *pro hac vice*)
225 NE Minzer Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
nbrito@rgrdlaw.com
acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT
Case No.: 2:21-cv-00750-RSL - 3 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# LOCAL RULE 7(e)(6) CERTIFICATION

I certify that this memorandum contains 449 words, in compliance with the Local Civil Rule 7(e)(4).

Dated: July 30, 2024

By: <u>/s/ Bradley S. Keller</u>
Bradley S. Keller

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT
Case No.: 2:21-cv-00750-RSL - 4 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000