1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No. 2:21-cv-00750-RSL <br><br> **ORDER GRANTING IN PART AMAZON'S MOTION PURSUANT TO LOCAL RULE 7(F) FOR LEAVE TO FILE AN OVER-LENGTH MOTION FOR SUMMARY JUDGMENT** |

ORDER GRANTING IN PART AMAZON'S
MOTION TO FILE OVER-LENGTH
SUMMARY JUDGMENT MOTION
CASE NO. 2:21-CV-00750-RSL

The Court has considered Defendants Amazon.com, Inc. and Amazon.com Services LLC's motion pursuant to Local Rule 7(f) for leave to file an over-length motion for summary judgment (Dkt. # 270) and finds that some expansion of the default word limits is warranted. Accordingly, Amazon's motion is **GRANTED in part**, and it is **HEREBY ORDERED** that:

(1) Amazon's brief in support of its motion for summary judgment shall not exceed 16,800 words;[1]

(2) Plaintiffs' brief in support of their opposition to Amazon's motion for summary judgment shall not exceed 16,800 words; and

(3) Amazon's reply brief in support of its motion for summary judgment shall not exceed 8,400 words.

**IT IS SO ORDERED.**

Dated this 31st day of July, 2024.

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

---

[1] Amazon's argument that it could file ten separate motions for summary judgment, each dealing with the claims of a single plaintiff, for a total of 84,000 words, is mistaken. The local rules of this district preclude the contemporaneous filing of multiple dispositive motions aimed at discrete issues or claims. LCR 7(e).

ORDER GRANTING AMAZON'S MOTION
TO FILE OVER-LENGTH SUMMARY
JUDGMENT MOTION
CASE NO. 2:21-CV-00750-RSL
- 1 -
FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101