THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,

Defendants.

Case No. 2:21-cv-00750-RSL

**AMAZON'S RESPONSE TO PLAINTIFFS' MOTION FOR A STATUS CONFERENCE**

<u>NOTE ON MOTION CALENDAR:</u>
July 30, 2024

Amazon submits this response to Plaintiffs' motion for leave and for a status conference. Dkt. 271. The first part of Plaintiffs' motion is moot because the Court ruled on Amazon's motion to file an over-length summary judgment motion. Dkt. 272. In addition, Plaintiffs ask the Court to schedule a status conference. Dkt. 271 at 2. Amazon agrees that a status conference would be useful and joins in Plaintiffs' request. Amazon respectfully requests that the Court schedule a status conference with the parties at the Court's first convenience.

Dated: July 31, 2024

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

Y. Monica Chan, WSBA No. 58900
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Tyler G. Newby (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email:
    jwakefield@fenwick.com
    tnewby@fenwick.com
    anercessian@fenwick.com
    gkropp@fenwick.com

Melissa Lawton (admitted *pro hac vice*)
Janie Yoo Miller (admitted *pro hac vice*)
Esther D. Galan (admitted *pro hac vice*)
730 Arizona, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Email: mlawton@fenwick.com
    jmiller@fenwick.com
    egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES LLC

## LCR 7 WORD-COUNT CERTIFICATION

As required by Western District of Washington Local Civil Rule 7, I certify that this brief contains 87 words.

Dated: July 31, 2024

FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
Brian D. Buckley WSBA No. 26423