UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

        Plaintiffs,

   v.

AMAZON.COM, INC., *et al.*,

        Defendants.

CASE NO. 2:21-cv-00750-RSL

ORDER

     This matter comes before the Court on plaintiffs' motion for leave to file an opposition memorandum and request for a status conference. Dkt. # 271. The motion for leave to file an opposition is DENIED as moot: the Court has already issued its decision regarding the over-length brief issue.

     The request for a status conference, in which defendants join, is also DENIED without prejudice to the issue being raised again. The Court is aware that it is reviewing documents *in camera*, and there is no reason to believe that a status conference will aid in that task. Nor have the parties identified any dispute that is ripe for Court intervention following an unsuccessful meet and confer or that could not be resolved through normal motions practice. If, after the *in camera* review is complete, the parties have specific issues or disputes they would like to discuss with the Court, they may renew their request for a status conference and provide a proposed agenda for the Court's consideration.

ORDER - 1

Dated this 1st day of August, 2024.

                                          Robert S. Lasnik
                                          United States District Judge