|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| KAELI GARNER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:21-cv-00750-RSL<br><br>**ORDER FOR FURTHER BRIEFING** |

On July 31, 2024, the Court granted in part defendants' motion for leave to file an overlength motion for summary judgment, authorizing defendants to file a motion of up to 16,800 words (approximately 48 pages). Plaintiffs requested an opportunity to oppose the request for leave to file an overlength motion, which was denied as moot. Defendants now seek reconsideration, arguing that the Court's interpretation of the local rules of this district is manifest error and that they cannot possibly address the standing of ten individual plaintiffs in less than 42,000 words (approximately 120 pages). Dkt. # 275.

The Clerk of Court is directed to renote defendants' motion for reconsideration (Dkt. # 275) on the Court's calendar for Friday, August 23, 2024. Plaintiffs may file an opposition on or before Monday, August 19, 2024. Defendants' reply, if any, shall be filed on or before the note date.

ORDER FOR FURTHER BRIEFING    - 1 -

Dated this 8th day of August, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge