# EXHIBIT B

THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON.COM SERVICES LLC, <br><br> Defendants. | Case No. 2:21-cv-00750-RSL <br><br> **SERGE EGELMAN'S RESPONSES AND OBJECTIONS TO DEFENDANTS' SUBPOENA FOR THE PRODUCTION OF DOCUMENTS** |

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

Dr. Serge Egelman hereby provides the following Objections and Responses to Defendants Amazon.com Inc. and Amazon.com Services LLC's ("Defendants") Subpoena to Produce Documents. Dr. Egelman has not completed his investigation of the facts relating to this case, discovery in this action, or preparation for trial. Dr. Egelman provides these responses only to the extent that he possesses relevant and responsive information. Dr. Egelman reserves all his rights to supplement these responses should more information become available.

## PRELIMINARY STATEMENT

All the answers contained herein are based only on such information and documents that are presently available to and specifically known to Dr. Egelman. Further investigation and discovery may supply additional facts, which may require these responses to be supplemented. Thus, the following responses are given without prejudice to Dr. Egelman's rights to supplement or amend them, or to produce evidence of subsequently discovered facts that Dr. Egelman may recall or learn at a later date.

## OFFER TO CONFER

Dr. Egelman offers to confer in good faith to resolve any issues that may arise by virtue of these Responses and Objections.

## SPECIFIC RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All engagement agreements for Your work in this Action.

**RESPONSE TO REQUEST NO. 1:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C). Dr. Egelman is not withholding documents based on these objections.

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

1

Subject to and without waiving the foregoing objections, Dr. Egelman will produce his engagement agreement for this matter.

**REQUEST NO. 2:**[1]

All documents describing the nature and scope of Your work related to this Action, excluding communications protected from disclosure by Fed. R. Civ. P. 26(b)(4)(B) and (C).

**RESPONSE TO REQUEST NO. 2:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A). Dr. Egelman objects to this Request as duplicative of Request No. 1. Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show," and as vague and ambiguous to the extent it calls for documents describing the "nature" and "scope" of Dr. Egelman's work. Dr. Egelman is not withholding documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman will produce his engagement agreement for this matter, which is sufficient to show his assignment for this matter.

**REQUEST NO. 3:**[2]

Documents sufficient to show Your complete time and billing related to this Action.

**RESPONSE TO REQUEST NO. 3:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A), 26(b)(4)(B), and 26(b)(4)(C). Dr. Egelman is not withholding documents based on these objections.

---

[1] Defendants incorrectly numbered this Request as a second "Request for Production No. 1."

[2] Defendants incorrectly numbered this Request as "Request for Production No. 2."

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

2

Subject to and without waiving the foregoing objections, Dr. Egelman will produce his time and billing records for this Action, but with any privileged or confidential information redacted from the billing descriptions.

**REQUEST NO. 4:**[3]

All documents You relied upon in the preparation of Your Report.

**RESPONSE TO REQUEST NO. 4:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A), 26(b)(4)(B), and 26(b)(4)(C). Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request as seeking documents that are within Defendants' possession, custody, or control. Dr. Egelman is not withholding documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on to prepare his Report are identified in his Report. Dr. Egelman will produce documents identified in his Report that are not publicly accessible or require payment or a subscription to access.

**REQUEST NO. 5:**

All documents You considered but did not rely upon when preparing Your Report.

**RESPONSE TO REQUEST NO. 5:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A), 26(b)(4)(B), and 26(b)(4)(C). Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible

---

[3] Defendants incorrectly numbered this Request as "Request for Production No. 3."

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

3

Defendants. Dr. Egelman objects to this Request as seeking documents that are within Defendants' possession, custody, or control. Dr. Egelman is not withholding documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on to prepare his Report are identified in his Report. Dr. Egelman will produce documents identified in his Report that are not publicly accessible or require payment or a subscription to access.

**REQUEST NO. 6:**

All documents You expect to rely upon for any opinions or expected testimony in this case that are not referenced in Exhibit B of Your Report.

**RESPONSE TO REQUEST NO. 6:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A), 26(b)(4)(B), and 26(b)(4)(C). Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request as seeking documents that are within Defendants' possession, custody, or control. Dr. Egelman objects to this Request as vague and ambiguous to the extent it Requests documents Dr. Egelman "expect[s]" to rely on. Dr. Egelman is not withholding documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on to prepare his Report are identified in his Report. Dr. Egelman will produce documents identified in his Report that are not publicly accessible or require payment or a subscription to access.

**REQUEST NO. 7:**

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

4

All communications You relied upon in the preparation of Your Report, excluding communications protected from disclosure by Fed. R. Civ. P. 26(b)(4)(B) and (C).

**RESPONSE TO REQUEST NO. 7:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A).  Dr. Egelman objects to this Request to the extent it seeks Defendants' own communications, which are equally accessible to Defendants and within Defendants' possession, custody, or control.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: other than any of Defendants' communications cited in the Report (*e.g.*, by bates number), no non-privileged communications exist.

**REQUEST NO. 8:**

All communications that You expect to rely upon for any opinions or expected testimony in this case, excluding communications protected from disclosure by Fed. R. Civ. P. 26(b)(4)(B) and (C).

**RESPONSE TO REQUEST NO. 8:**

Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A).  Dr. Egelman objects to this Request to the extent it seeks Defendants' own communications, which are equally accessible to Defendants and within Defendants' possession, custody, or control.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: other than any of Defendants' communications cited in the Report (*e.g.*, by bates number), no non-privileged communications exist.

**REQUEST NO. 9:**

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

5

All documents relating to results of any tests or experiments conducted by You or at Your direction relating to this Action.

**RESPONSE TO REQUEST NO. 9:**

Dr. Egelman objects to this Request objects as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of "tests" or "experiments." Dr. Egelman is not withholding any documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: no such documents exist.

**REQUEST NO. 10:**

All documents relating to any surveys conducted by You or at Your direction relating to this Action.

**RESPONSE TO REQUEST NO. 10:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of "surveys." Dr. Egelman is not withholding any documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: no such documents exist.

**REQUEST NO. 11:**

All documents relating to any interviews conducted by You or at Your direction related to this Action.

**RESPONSE TO REQUEST NO. 11:**

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

6

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of "interviews." Dr. Egelman is not withholding any documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: no such documents exist.

**REQUEST NO. 12:**

All documents concerning Your knowledge, skill, experience, training, and education in the areas for which You seek to be qualified as an expert in this Action.

**RESPONSE TO REQUEST NO. 12:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning Dr. Egelman's "knowledge, skill, experience, training, and education." Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman is not withholding any documents based on these objections.

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: documents relating to Dr. Egelman's "knowledge, skill, experience, training, and education" are set forth in his resume. Dr. Egelman will produce documents set forth in his resume that are not publicly accessible or require payment or a subscription to access.

**REQUEST NO. 13:**

All documents relating to each assumption You made in forming the opinions and conclusions in Your Report.

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

7

**RESPONSE TO REQUEST NO. 13:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning any "assumption" Dr. Egelman made. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: no such documents exist, and all documents that formed the basis for the opinions and conclusions in the Report are cited in his Report.

**REQUEST NO. 14:**

All sworn testimony by You as an expert witness, including affidavits, declarations, deposition transcripts or trial transcripts where You testified in the last four years.

**RESPONSE TO REQUEST NO. 14:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" testimony, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as overly broad and unduly burdensome because it seeks "all" "affidavits, declarations, deposition transcripts or trial transcripts" over a four-year period. Dr. Egelman objects to this Request to the extent it seeks documents that are publicly available and equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks expert materials that are privileged, confidential, or subject to protective orders in other matters. Dr. Egelman objects to this Request because he has already disclosed all matters to Defendants that he worked on as part of his May 10, 2024 expert disclosure.

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

8

Based on the foregoing objections, Dr. Egelman will not respond to this Request. Dr. Egelman is willing to meet and confer regarding the scope of this Request.

**REQUEST NO. 15:**

All documents relating to results described in Your publication, "Information Disclosure Concerns in The Age of Wearable Computing."

**RESPONSE TO REQUEST NO. 15:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "results" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publication, "Information Disclosure Concerns in The Age of Wearable Computing," are set forth in the "References" section of the publication, which is publicly available.

**REQUEST NO. 16:**

All documents relating to responses to surveys that are described in Your publication, "Information Disclosure Concerns in The Age of Wearable Computing."

**RESPONSE TO REQUEST NO. 16:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

9

this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "responses to surveys" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publication, "Information Disclosure Concerns in The Age of Wearable Computing," are set forth in the "References" section of the publication, which is publicly available.

**REQUEST NO. 17:**

All documents relating to results described in Your publication, "Privacy Attitudes of Smart Speaker Users. Proceedings on Privacy Enhancing Technologies."

**RESPONSE TO REQUEST NO. 17:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "results" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "Privacy Attitudes

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

10

of Smart Speaker Users. Proceedings on Privacy Enhancing Technologies," are identified in the publication as citations.

**REQUEST NO. 18:**

All documents relating to responses to surveys that are described in Your publication, "Privacy Attitudes of Smart Speaker Users. Proceedings on Privacy Enhancing Technologies."

**RESPONSE TO REQUEST NO. 18:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "responses to surveys" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "Privacy Attitudes of Smart Speaker Users. Proceedings on Privacy Enhancing Technologies," are identified in the publication as citations.

**REQUEST NO. 19:**

All documents relating to results described in Your publication, "Investigating Users' Preferences and Expectations for Always-Listening Voice Assistants."

**RESPONSE TO REQUEST NO. 19:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

11

this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "results" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "Investigating Users' Preferences and Expectations for Always-Listening Voice Assistants," are set forth in the "References" section of the publication.

**REQUEST NO. 20:**

All documents relating to responses to surveys described in Your publication, "Investigating Users' Preferences and Expectations for Always-Listening Voice Assistants."

**RESPONSE TO REQUEST NO. 20:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "responses to surveys" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "Investigating Users'

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

12

Preferences and Expectations for Always-Listening Voice Assistants," are set forth in the "References" section of the publication.

**REQUEST NO. 21:**

All documents relating to results described in Your publication, "I've got 99 problems, but vibration ain't one: a survey of smartphone users' concerns."

**RESPONSE TO REQUEST NO. 21:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "results" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "I've got 99 problems, but vibration ain't one: a survey of smartphone users' concerns," are set forth in the "References" section of the publication.

**REQUEST NO. 22:**

All documents relating to responses to surveys that are described in Your publication, "I've got 99 problems, but vibration ain't one: a survey of smartphone users' concerns."

**RESPONSE TO REQUEST NO. 22:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

13

this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "responses to surveys" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "I've got 99 problems, but vibration ain't one: a survey of smartphone users' concerns," are set forth in the "References" section of the publication.

**REQUEST NO. 23:**

All documents relating to results described in Your publication, "'What can't data Be used for?': privacy expectations about smart TVs in the U.S."

**RESPONSE TO REQUEST NO. 23:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "results" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "'What can't data

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

14

Be used for?': privacy expectations about smart TVs in the U.S.," are set forth in the "References" section of the publication.

**REQUEST NO. 24:**

All documents relating to responses to surveys that are described in Your publication, "'What can't data Be used for?': privacy expectations about smart TVs in the U.S."

**RESPONSE TO REQUEST NO. 24:**

Dr. Egelman objects to this Request as overly broad and unduly burdensome to the extent it asks for "all" documents, as opposed to "documents sufficient to show." Dr. Egelman objects to this Request as vague and ambiguous to the extent it calls for the production of documents concerning the "responses to surveys" described in the above-referenced publication. Dr. Egelman objects to this Request as seeking documents that are publicly available or equally accessible to Defendants. Dr. Egelman objects to this Request to the extent it seeks privileged and confidential information pursuant to Fed. R. Civ. P. 26(b)(3)(A) and 26(b)(4)(C)(i)-(ii).

Subject to and without waiving the foregoing objections, Dr. Egelman responds as follows: all documents that Dr. Egelman relied on in the publicly available publication, "'What can't data Be used for?': privacy expectations about smart TVs in the U.S.," are set forth in the "References" section of the publication.

DATED: July 26, 2024

By: */s/ Bradley S. Keller*
**BYRNES KELLER CROMWELL LLP**
BRADLEY S. KELLER (WSBA# 10665)
1000 Second Avenue
Seattle, WA 98104
Telephone: 206/622-2000
Fax: 206/622-2522
bkeller@byrneskeller.com

*Interim Liaison Counsel*

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

15

|   |   |
|---|---|
| 1 | **LABATON KELLER SUCHAROW LLP** |
| 2 | MICHAEL P. CANTY |
|   | (admitted *pro hac vice*) |
| 3 | CAROL C. VILLEGAS |
|   | (admitted *pro hac vice*) |
| 4 | GUILLAUME BUELL |
|   | (admitted *pro hac vice*) |
| 5 | DAVID SALDAMANDO |
|   | (admitted *pro hac vice*) |
| 6 | DANIELLE IZZO |
| 7 | (admitted *pro hac vice*) |
|   | 140 Broadway |
| 8 | New York, NY 10005 |
|   | Telephone: 212/907-0700 |
| 9 | 212/818-0477 (fax) |
|   | mcanty@labaton.com |
| 10 | cvillegas@labaton.com |
| 11 | gbuell@labaton.com |
|   | dsaldamando@labaton.com |
| 12 | dizzo@labaton.com |
| 13 | **ROBBINS GELLER RUDMAN** |
| 14 | **& DOWD LLP** |
|   | PAUL J. GELLER |
| 15 | STUART A. DAVIDSON |
|   | (*admitted pro hac vice*) |
| 16 | MARK J. DEARMAN |
|   | (*admitted pro hac vice*) |
| 17 | ALEXANDER C. COHEN |
| 18 | (*admitted pro hac vice*) |
|   | NICOLLE B. BRITO |
| 19 | (*admitted pro hac vice*) |
|   | 225 NE Mizner Boulevard, Suite 720 |
| 20 | Boca Raton, FL 33432 |
|   | Telephone: 561/750-3000 |
| 21 | 561/750-3364 (fax) |
|   | pgeller@rgrdlaw.com |
| 22 | sdavidson@rgrdlaw.com |
| 23 | mdearman@rgrdlaw.com |
|   | acohen@rgrdlaw.com |
| 24 | nbrito@rgrdlaw.com |
| 25 | *Interim Co-Lead Class Counsel* |
| 26 |   |
|   | **BURSOR & FISHER, P.A.** |
| 27 | L. TIMOTHY FISHER |
| 28 |   |

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

16

(admitted *pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: 925/300-4455
925/407-2700 (fax)
ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
ALEC M. LESLIE
(admitted *pro hac vice*)
MAX S. ROBERTS
(admitted *pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 646/837-7150
212/989-9163 (fax)
aleslie@bursor.com
mroberts@bursor.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
ROBERT K. SHELQUIST
(admitted *pro hac vice*)
REBECCA A. PETERSON
(admitted *pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: 612/339-6900
612/339-0981 (fax)
rkshelquist@locklaw.com
rapeterson@locklaw.com

**ZIMMERMAN REED LLP**
BRIAN C. GUDMUNDSON
(admitted *pro hac vice*)
MICHAEL J. LAIRD
(admitted *pro hac vice*)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: 612/341-0400
612/341-0844 (fax)
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

*Interim Class Counsel*

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL
17
BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

**PROOF OF SERVICE**

I hereby certify that, on July 26, 2024, I served the foregoing document on all counsel of record via e-mail.

By: */s/ Max S. Roberts*
Max S. Roberts

SERGE EGELMAN'S RESPONSES
AND OBJECTIONS TO SUBPOENA
CASE NO. 2:21-CV-00750-RSL

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE, WA 98104
TELEPHONE: 206/622-2000• FAX: 206/622-2522

18