# EXHIBIT 2

```
 1                  UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF WASHINGTON
 3
 4   KAELI GARNER, et al.,            ) Case No.
 5              Plaintiffs,           ) 2:21-cv-00750-RSL
 6         vs.                        )
 7   AMAZON.COM, INC. and AMAZON.COM  )
 8   SERVICES LLC,                    )
 9              Defendants.           )
10
11        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
12                      DEPOSITION OF
13                   SERGE EGELMAN, Ph.D
14                        Volume I
15                 Friday, September 6, 2024
16                        9:02 a.m.
17
18
19
20
21
22
23   Reported by:  Michael C. Rowell, California CSR #13494
24             NCRA Registered Diplomate Reporter
25             NCRA Certified Realtime Captioner
```

| | | |
|---|---|---|
| 1 | BY MR. WAKEFIELD: | 10:43:44 |
| 2 | Q. And let me know when you have it. | 10:43:44 |
| 3 | A. Yep, I have it open. | 10:43:45 |
| 4 | Q. Great. So, I believe we're on Exhibit 4. | 10:43:47 |
| 5 | Do you recognize Exhibit 4 as the Privacy | 10:43:53 |
| 6 | Attitudes of Smart Speakers paper? | 10:44:03 |
| 7 | A. Yes, I'll -- I'll assume this is the true and | 10:44:04 |
| 8 | correct version of this paper. | 10:44:05 |
| 9 | Q. And I wasn't sure whether to call it a study, | 10:44:07 |
| 10 | a paper, or a survey. It's a -- can we agree to call it | 10:44:11 |
| 11 | a paper? | 10:44:13 |
| 12 | A. Yeah, that's fine. A publication, a paper, an | 10:44:14 |
| 13 | article, yeah. | 10:44:17 |
| 14 | Q. Okay. And does the 2019 Privacy Attitudes of | 10:44:17 |
| 15 | Smart Speaker Users paper accurately describe the | 10:44:29 |
| 16 | methodology that was used in the underlying survey? | 10:44:32 |
| 17 | A. Yes, I believe so, and an anonymous committee | 10:44:36 |
| 18 | of my peers also seems to agree with that assessment. | 10:44:44 |
| 19 | Q. And does -- sorry. | 10:44:48 |
| 20 | And does Exhibit 4, the Privacy Attitudes of | 10:44:57 |
| 21 | Smart Speaker Users, accurately describe the questions | 10:45:01 |
| 22 | that were asked in the study, in the survey? | 10:45:03 |
| 23 | A. Yes. I believe the survey is probably | 10:45:09 |
| 24 | included as an appendix. | 10:45:12 |
| 25 | Q. Yeah. So, and I could direct you at the | 10:45:14 |

| | | |
|---|---|---|
| 1 | page -- | 10:45:17 |
| 2 | A. Yeah, I have it. It starts on page 268. | 10:45:18 |
| 3 | Q. 268, Appendix C. It starts there, and that's | 10:45:21 |
| 4 | the survey instrument. Is that the -- those are the -- | 10:45:24 |
| 5 | starting at 268, those are the questions that were | 10:45:28 |
| 6 | actually provided to survey participants, correct? | 10:45:30 |
| 7 | A. Correct. | 10:45:33 |
| 8 | Q. And do you agree with the conclusions and | 10:45:33 |
| 9 | recommendations from the Privacy Attitudes of Smart | 10:45:40 |
| 10 | Speaker Users paper? | 10:45:45 |
| 11 | A. Are you asking me to reread all of the | 10:45:47 |
| 12 | conclusions and recommendations? | 10:45:51 |
| 13 | Q. No. It's -- I mean, it's something you relied | 10:45:52 |
| 14 | on in your -- in your report, and it's a paper you | 10:45:54 |
| 15 | co-authored. | 10:46:02 |
| 16 | A. I mean, the -- the statements that I relied | 10:46:03 |
| 17 | on, I, you know, certainly -- yes, in terms of the full | 10:46:06 |
| 18 | set of conclusions and the recommendations that are in | 10:46:11 |
| 19 | this paper, which, you know, go beyond the purpose for | 10:46:13 |
| 20 | citing it in the report. | 10:46:17 |
| 21 | Whether those all still hold, again, I would | 10:46:19 |
| 22 | need to look at the full set of conclusions and | 10:46:22 |
| 23 | recommendations. But to the extent that I relied on it | 10:46:23 |
| 24 | in drafting my report, I -- I would, you know, agree | 10:46:26 |
| 25 | with those conclusions still. | 10:46:28 |

1     Q.   Do you stand by the methodology that was used       10:46:31
2  in the underlying survey?                                    10:46:33
3     A.   Yeah, absolutely.                                    10:46:36
4     Q.   Okay.  And do you believe it was appropriate         10:46:37
5  to rely on this paper and the underlying survey in           10:46:41
6  forming expert opinions for this case?                       10:46:45
7          MS. IZZO:  Objection to the form.                    10:46:49
8          THE WITNESS:  This is a peer-reviewed paper          10:46:50
9  appearing at a, you know, reputable international            10:46:52
10 conference that, you know, it was peer-reviewed, and,        10:46:55
11 you know, yeah, absolutely.                                  10:47:00
12 BY MR. WAKEFIELD:                                            10:47:03
13    Q.   This paper, Exhibit 4, was published in 2019,        10:47:05
14 correct?                                                     10:47:12
15    A.   That's correct.                                      10:47:13
16    Q.   The underlying survey, it appears, was               10:47:13
17 conducted in February 2019; does that sound right?           10:47:18
18    A.   Without scrolling back to see which page that        10:47:23
19 appears on, that -- that seems right.  Usually, the          10:47:26
20 publication, you know, timeline is like six months or        10:47:29
21 so, so that -- that would seem right.                        10:47:33
22    Q.   And you could look specifically to page -- the       10:47:39
23 page with 254 at the top, under Summary Data.                10:47:44
24    A.   Yep, that's what it says.                            10:47:51
25    Q.   All right.  So, it says, "We conducted our           10:47:53

1  study during February 2019"; is that right?  10:47:57
2    A.  That's what it says.  10:48:01
3    Q.  It also says, "We piloted our study with 13  10:48:02
4  subjects and then ran the main study with 103  10:48:07
5  participants for a total of 116 respondents to our  10:48:11
6  survey"; is that correct?  10:48:15
7    A.  That's correct.  10:48:18
8    Q.  Based on the pilot, it looks like there were  10:48:18
9  changes made to the extension and some additional  10:48:27
10 questions; is that right?  10:48:30
11      MS. IZZO:  Objection to the form.  10:48:34
12      THE WITNESS:  Let me read it.  10:48:36
13 BY MR. WAKEFIELD:  10:48:40
14   Q.  It's the next paragraph there under --  10:48:41
15   A.  Yeah, yeah, yeah.  10:48:41
16   Q.  -- Section 5, Summary Data.  10:48:42
17   A.  Yeah, that's what it says.  10:48:44
18   Q.  But it also says that "...the main study and  10:48:47
19 the pilot were substantially similar, so we report the  10:48:55
20 results as one combined data set," correct?  10:48:59
21   A.  Yeah, that's a common practice.  10:49:01
22   Q.  Okay.  And if you look at the next column on  10:49:05
23 that same page, 254, under Device Distribution.  10:49:08
24   A.  Okay.  10:49:17
25   Q.  It says, "Approximately two-thirds of our  10:49:17

| | | |
|---|---|---|
| 1 | participants, 69 percent, owned a smart speaker with | 10:49:20 |
| 2 | Amazon Alexa (such as the Echo, Echo Dot, etc.) while | 10:49:25 |
| 3 | the remaining 31 percent owned a Google Home or one of | 10:49:30 |
| 4 | its variants." | 10:49:34 |
| 5 | Did I read that correctly? | 10:49:35 |
| 6 | A. You did. | 10:49:37 |
| 7 | Q. Okay. And that's correct, right? | 10:49:37 |
| 8 | A. That's correct. | 10:49:40 |
| 9 | Q. All right. And it goes on in that paragraph | 10:49:41 |
| 10 | to say that there were no significant differences | 10:49:53 |
| 11 | between owners of Alexa and Google devices in their | 10:49:56 |
| 12 | gender or the number of interactions they had with smart | 10:50:01 |
| 13 | speakers, correct? | 10:50:04 |
| 14 | A. That's what it says. | 10:50:06 |
| 15 | Q. And there were also no statistical differences | 10:50:07 |
| 16 | between the two populations on other questions tested; | 10:50:09 |
| 17 | is that right? | 10:50:15 |
| 18 | A. That's correct. | 10:50:16 |
| 19 | Q. All right. So, in -- in reporting out the | 10:50:16 |
| 20 | results from the questions that were asked, there were | 10:50:20 |
| 21 | no meaningful differences in understandings or attitudes | 10:50:22 |
| 22 | between Alexa users and Google Home users? | 10:50:27 |
| 23 | A. I mean, there might have been some difference. | 10:50:38 |
| 24 | I mean, again, there's -- it says "see Section 6.4.1." | 10:50:40 |
| 25 | I would have to reread that section. | 10:50:45 |

| | | |
|---|---|---|
| 1 | In the aggregate, yes, that's what it says. | 10:50:47 |
| 2 | The point is that, you know, the -- yeah, there just -- | 10:50:49 |
| 3 | there weren't statistically significant differences. | 10:50:58 |
| 4 | There might have been some nuance that we -- we talk | 10:51:00 |
| 5 | about in that section, but yeah, I would have to reread | 10:51:03 |
| 6 | that. | 10:51:06 |
| 7 | Q. Okay. And was this conducted by the | 10:51:06 |
| 8 | laboratory at Berkeley that you work with? | 10:51:19 |
| 9 | A. I mean, this was conducted by my laboratory. | 10:51:21 |
| 10 | This is, yeah, conducted by my Ph.D. student and -- and | 10:51:24 |
| 11 | a few undergrads who were supervised by my Ph.D. | 10:51:26 |
| 12 | student. | 10:51:30 |
| 13 | Q. Okay. And I had a question about, there -- | 10:51:30 |
| 14 | there are some references to "my laboratory" in your | 10:51:32 |
| 15 | report. So, do you -- do you run a laboratory at | 10:51:36 |
| 16 | Berkeley? | 10:51:38 |
| 17 | A. I do. | 10:51:38 |
| 18 | Q. Okay. And that's the laboratory that | 10:51:39 |
| 19 | conducted the Privacy Attitudes of Smart Speaker Users | 10:51:41 |
| 20 | study? | 10:51:45 |
| 21 | A. That's correct. | 10:51:46 |
| 22 | Q. Okay. Were you personally involve -- involved | 10:51:47 |
| 23 | in the design of the underlying survey? | 10:51:51 |
| 24 | A. I was. | 10:51:54 |
| 25 | Q. Okay. And did you review the survey questions | 10:51:55 |

| | | |
|---|---|---|
| 1 | before they were used? | 10:51:59 |
| 2 | A. Absolutely. | 10:52:00 |
| 3 | Q. All right. Did you personally participate in | 10:52:01 |
| 4 | performing the survey? | 10:52:05 |
| 5 | A. Define "performing." | 10:52:07 |
| 6 | Q. Identifying people in the -- in the universe, | 10:52:10 |
| 7 | administering the -- the questions, writing it. | 10:52:17 |
| 8 | A. I -- as -- as the senior author on the paper, | 10:52:23 |
| 9 | I helped with the design of the study and mentored the | 10:52:26 |
| 10 | students and, you know, checked their work. But in | 10:52:30 |
| 11 | terms of, you know, meeting with study participants or | 10:52:32 |
| 12 | doing the actual recruiting, that -- well, that's a task | 10:52:37 |
| 13 | that students generally do. | 10:52:39 |
| 14 | Q. And was that the case with this survey? | 10:52:44 |
| 15 | A. I mean, that's the case with almost every | 10:52:47 |
| 16 | academic publication. | 10:52:50 |
| 17 | Q. All right. But just to -- just to be clear | 10:52:51 |
| 18 | that we have the answer to the question, that was true | 10:52:54 |
| 19 | with this -- | 10:52:57 |
| 20 | A. Yes. | 10:52:57 |
| 21 | Q. -- this study too? | 10:52:59 |
| 22 | Okay. And the survey was of owners of smart | 10:52:59 |
| 23 | speakers, correct? | 10:53:14 |
| 24 | A. Yes. | 10:53:18 |
| 25 | Q. Did you determine if they had registered the | 10:53:20 |

1  devices?                                                    10:53:27
2      A.  I would actually need to read the -- reread         10:53:35
3  the paper to give you that level of specificity, but it     10:53:37
4  was certainly people who had access to their accounts on    10:53:40
5  those devices.                                              10:53:44
6      Q.  And let's go to that.  So, as I understand it,      10:53:45
7  there was a browser extension they could use that they      10:53:50
8  could then have a controlled access to the recordings       10:53:55
9  that would be available to them through the -- through      10:54:03
10 Amazon.com, through their account?                          10:54:07
11     A.  Yeah.  To preserve privacy and for data             10:54:09
12 minimization purposes, since we didn't want to, you         10:54:14
13 know, collect the raw audio to, you know, play for them     10:54:17
14 for this study, we wrote a browser extension so that,       10:54:20
15 you know, they could log into their device, and it would    10:54:24
16 show them clips of audio that had been recorded without     10:54:25
17 us needing to actually possess that audio or even listen    10:54:29
18 to it.                                                      10:54:32
19     Q.  How were the specific recordings selected?          10:54:34
20     A.  I need to go -- I think I would need to go          10:54:39
21 look at the paper again to answer that.                     10:54:42
22     Q.  Okay.  Do you have a recollection of whether        10:54:44
23 it was random?                                              10:54:45
24     A.  I don't remember honestly.                          10:54:47
25         MS. IZZO:  Objection to the form.                   10:54:49

| | | |
|---|---|---|
| 1 | BY MR. WAKEFIELD: | 10:54:51 |
| 2 | Q. Okay. So, in order to -- to use the browser | 10:54:52 |
| 3 | extension and participate in the survey, a survey | 10:55:01 |
| 4 | participant had to have access to the account, correct? | 10:55:06 |
| 5 | A. I believe that was the case, yes. | 10:55:10 |
| 6 | Q. Okay. Are you familiar with the concept of a | 10:55:12 |
| 7 | control in a survey? | 10:55:28 |
| 8 | A. It depends on what you're talking about, but | 10:55:31 |
| 9 | yes. | 10:55:33 |
| 10 | Q. Yeah. So, I mean, obviously, there's -- | 10:55:34 |
| 11 | "control" can mean different things, but in the context | 10:55:37 |
| 12 | of survey methodology, what is your understanding of a | 10:55:39 |
| 13 | control? | 10:55:42 |
| 14 | A. I mean, there are several different | 10:55:43 |
| 15 | definitions. I guess it depends on what you're talking | 10:55:45 |
| 16 | about specifically. | 10:55:48 |
| 17 | Q. So, why don't you walk me through the -- the | 10:55:49 |
| 18 | different kinds of controls. I mean, I'm familiar with | 10:55:53 |
| 19 | you could have a control group. You could have control | 10:55:55 |
| 20 | questions. So -- | 10:55:59 |
| 21 | A. Sure. So I -- | 10:56:02 |
| 22 | Q. -- why don't you -- why don't you walk me | 10:56:03 |
| 23 | through the controls that can be used in a survey. | 10:56:04 |
| 24 | A. I mean, again, you're the one who's using the | 10:56:08 |
| 25 | term, so given the multiple definitions, I -- I would | 10:56:11 |

| | | |
|---|---|---|
| 1 | like to know what definition you're using if you want me | 10:56:13 |
| 2 | to explain it.  Yeah. | 10:56:16 |
| 3 | Q.  Okay.  Well, so, was there any group of | 10:56:18 |
| 4 | differently situated users that you tested to compare | 10:56:33 |
| 5 | against the -- the intended survey participants? | 10:56:39 |
| 6 | A.  One, I would probably need to reread the paper | 10:56:46 |
| 7 | to answer that definitively, but based on what you've | 10:56:48 |
| 8 | just asked, from my understanding, it doesn't sound like | 10:56:52 |
| 9 | that would have been relevant to this study. | 10:56:56 |
| 10 | Q.  Okay.  What about control questions? | 10:56:58 |
| 11 | So, for example, a proposed answer that is | 10:57:09 |
| 12 | meant to test -- in a multiple-choice survey -- | 10:57:16 |
| 13 | A.  Sure. | 10:57:16 |
| 14 | Q.  -- a proposed answer that's meant to weed out | 10:57:20 |
| 15 | people who don't have any understanding or -- or to see | 10:57:24 |
| 16 | the extent to which people have ideas that are wrong. | 10:57:26 |
| 17 | A.  Yeah.  So, those are some -- those are often | 10:57:29 |
| 18 | referred to as attention check questions or | 10:57:31 |
| 19 | comprehension questions and can be used to filter out, | 10:57:33 |
| 20 | yes, people who didn't read the instructions or don't | 10:57:36 |
| 21 | understand them. | 10:57:39 |
| 22 | You could have a question where, you know, if | 10:57:40 |
| 23 | someone had read the -- you know, read the instructions, | 10:57:42 |
| 24 | the answer would be obvious, and then you can filter out | 10:57:44 |
| 25 | all of the people who didn't answer that question | 10:57:46 |

| | | |
|---|---|---|
| 1 | correctly.  That's one type of control. | 10:57:48 |
| 2 | We generally do use those in surveys, and we | 10:57:50 |
| 3 | also use various other methods to detect cheating in | 10:57:54 |
| 4 | surveys, you know, people who are just clicking random | 10:57:59 |
| 5 | buttons to get to the end.  And, you know, there are a | 10:58:03 |
| 6 | lot of techniques that are fairly common.  One colleague | 10:58:06 |
| 7 | and frequent co-author has written a lot on this | 10:58:10 |
| 8 | subject.  So, I think I have a pretty good understanding | 10:58:13 |
| 9 | of it. | 10:58:16 |
| 10 | Q.  Okay.  And do you know if such an approach was | 10:58:17 |
| 11 | used in this case?  There's a comprehend -- an attention | 10:58:24 |
| 12 | check question or comprehension question? | 10:58:32 |
| 13 | A.  I would need to reread all of the survey | 10:58:35 |
| 14 | questions to answer that.  But, you know, generally | 10:58:37 |
| 15 | speaking, we -- we usually ask questions like that or | 10:58:40 |
| 16 | use other methods to -- to filter out -- | 10:58:44 |
| 17 | I mean, that said, the current research on | 10:58:47 |
| 18 | this has shown that, you know, just looking at -- well, | 10:58:50 |
| 19 | I need to -- I need to go back to see how we recruited | 10:58:54 |
| 20 | people.  But generally, yes, we use techniques to filter | 10:58:57 |
| 21 | out people who did not pay attention or did not | 10:59:01 |
| 22 | understand the questions. | 10:59:04 |
| 23 | Q.  Do you have access to the underlying survey | 10:59:06 |
| 24 | data from this survey? | 10:59:17 |
| 25 | A.  I honestly have no idea.  I mean, this was | 10:59:20 |

1    conducted five and a half years ago.  Generally, when     10:59:22
2    the paper is published, the data is of little value       10:59:25
3    anymore, and there are also, you know, university         10:59:29
4    retention policies that we need to deal with.  And so, I  10:59:34
5    mean, ultimately, the raw data belongs to the Regents of  10:59:39
6    the University of California.                             10:59:42
7         Where it actually resides at this moment in          10:59:47
8    time, I honestly couldn't tell you, because, as you       10:59:50
9    know, this was performed five and a half years ago.       10:59:52
10        Q.   Okay.  Did you do anything to determine where   10:59:55
11   the data resides, if it's still around?                   10:59:58
12        A.   I have not looked into that --                  11:00:01
13             MS. IZZO:  Objection to the form.               11:00:03
14             THE WITNESS:  I have not looked into that for   11:00:04
15   this study, no.                                           11:00:06
16   BY MR. WAKEFIELD:                                         11:00:07
17        Q.   Okay.  And did you ask anyone at the            11:00:07
18   University if you could access that information?          11:00:13
19        A.   No.                                             11:00:16
20        Q.   Okay.  Did you make any effort to try to get    11:00:17
21   the underlying data in response to the document requests  11:00:21
22   in this case?                                             11:00:24
23        A.   It --                                           11:00:27
24             MS. IZZO:  Objection to the form.               11:00:27
25             THE WITNESS:  It didn't seem necessary, given   11:00:28

| | | |
|---|---|---|
| 1 | that the paper is publicly available.  The paper was | 11:00:30 |
| 2 | peer-reviewed; it's a peer-reviewed publication. | 11:00:33 |
| 3 | Generally, you know, once it passes peer review and is | 11:00:35 |
| 4 | published, no one really pays attention to the raw | 11:00:39 |
| 5 | underlying data anymore. | 11:00:42 |
| 6 | BY MR. WAKEFIELD: | 11:00:45 |
| 7 |     Q.  The survey questionnaire had places where | 11:00:45 |
| 8 | survey participants could provide answers to open-ended | 11:00:47 |
| 9 | questions. | 11:00:51 |
| 10 |         Do you recall that? | 11:00:53 |
| 11 |     A.  I assume that's the case.  It's generally a | 11:00:54 |
| 12 | good, you know, good practice to have some open-ended | 11:00:57 |
| 13 | questions. | 11:01:03 |
| 14 |     Q.  So, for example, if you look at page 270 | 11:01:04 |
| 15 | within the survey questionnaire, toward the bottom of | 11:01:10 |
| 16 | the right column, it says, "In the future, do you intend | 11:01:14 |
| 17 | to take any steps to protect your privacy when using | 11:01:21 |
| 18 | your device?  What do you plan to do?" | 11:01:25 |
| 19 |         Do you see that? | 11:01:28 |
| 20 |     A.  Yep, yes.  There are a couple of open-ended | 11:01:29 |
| 21 | questions here. | 11:01:32 |
| 22 |     Q.  Yeah.  And did the paper, Exhibit 4, provide | 11:01:34 |
| 23 | all of the responses to those open-ended questions? | 11:01:37 |
| 24 |     A.  The paper almost certainly wouldn't have | 11:01:41 |
| 25 | provided all of the responses verbatim, given that there | 11:01:43 |

| | | |
|---|---|---|
| 1 | were over a hundred responses. The -- generally, this | 11:01:46 |
| 2 | type of research, you look at the breadth of responses | 11:01:50 |
| 3 | and describe them, but, you know, publishing the raw | 11:01:54 |
| 4 | data generally doesn't occur. | 11:01:59 |
| 5 | Q. Right. So, if we wanted to know the full set | 11:02:01 |
| 6 | of answers that users provided in response to this | 11:02:09 |
| 7 | survey, we would need to have access to the underlying | 11:02:12 |
| 8 | data, right? | 11:02:15 |
| 9 | MS. IZZO: Objection to the form. | 11:02:17 |
| 10 | THE WITNESS: I mean, generally, the case with | 11:02:19 |
| 11 | qualitative data like this, again, after the paper, | 11:02:20 |
| 12 | after those responses have been coded and the broad -- | 11:02:27 |
| 13 | you know, usually, you report on the breadth of | 11:02:34 |
| 14 | responses, because many of the responses are going to be | 11:02:37 |
| 15 | overlapping, and so there's a whole qualitative coding | 11:02:40 |
| 16 | process. | 11:02:43 |
| 17 | There -- you know, there's certainly a lot of | 11:02:44 |
| 18 | method -- you know, methods books that will describe | 11:02:46 |
| 19 | those processes, but there are certainly accepted | 11:02:48 |
| 20 | processes for coding that data, and so you can distill | 11:02:51 |
| 21 | it down to aggregate responses, which is generally what | 11:02:54 |
| 22 | people care about with this type of research. | 11:02:58 |
| 23 | You know, certainly there are -- you know, | 11:03:00 |
| 24 | it's common to have quotes here and there, if there's | 11:03:03 |
| 25 | something that's particularly useful, but by and large, | 11:03:05 |

| | | |
|---|---|---|
| 1 | with this type of research, the interest is in looking | 11:03:08 |
| 2 | at what percentage said X and what percentage said Y, | 11:03:12 |
| 3 | without actually disclosing all of the responses. | 11:03:15 |
| 4 |     Q.  Okay.  But, again, if we actually wanted to | 11:03:18 |
| 5 | see the verbatim responses, we'd have to look at the | 11:03:21 |
| 6 | underlying data, because the verbatim responses are not | 11:03:24 |
| 7 | in the paper, correct? | 11:03:26 |
| 8 |     A.  Well, the verbatim responses, no.  I mean, if | 11:03:30 |
| 9 | you want the underlying data, subpoena the University of | 11:03:32 |
| 10 | California. | 11:03:35 |
| 11 |     Q.  Okay.  But, again, you didn't even try to get | 11:03:37 |
| 12 | any of the data for this case, did you? | 11:03:42 |
| 13 |     A.  As I stated -- | 11:03:45 |
| 14 |     MS. IZZO:  Objection to the form. | 11:03:47 |
| 15 |     THE WITNESS:  As I already stated, I don't | 11:03:48 |
| 16 | know where that data is, and it's irrelevant, because | 11:03:50 |
| 17 | once the paper is published, there's really no need to | 11:03:52 |
| 18 | go back to that data. | 11:03:56 |
| 19 | BY MR. WAKEFIELD: | 11:03:57 |
| 20 |     Q.  So, because you determined it's irrelevant, | 11:03:58 |
| 21 | you decided not to try to get it; is that fair? | 11:03:59 |
| 22 |     MS. IZZO:  Objection to the form, misstates | 11:04:02 |
| 23 | the witness's testimony. | 11:04:03 |
| 24 |     THE WITNESS:  Yeah, no, that's not accurate. | 11:04:05 |
| 25 | /// | 11:04:08 |

| | | |
|---|---|---|
| 1 | BY MR. WAKEFIELD: | 11:04:08 |
| 2 | Q. Did you try to get the data? | 11:04:08 |
| 3 | A. Oh, I just -- I wouldn't have seen any need | 11:04:10 |
| 4 | given that, you know, I wouldn't have tried to get the | 11:04:13 |
| 5 | data for any of the other papers that I didn't | 11:04:15 |
| 6 | co-author. | 11:04:18 |
| 7 | Once the -- you know, once it's passed the | 11:04:18 |
| 8 | peer-review process and is published, there's really no | 11:04:22 |
| 9 | need to look at the raw data, especially for this | 11:04:25 |
| 10 | purpose. And even in this particular study, I mean, | 11:04:27 |
| 11 | this is one study of many that are cited in the report | 11:04:30 |
| 12 | that all are -- you know, they're not in conflict with | 11:04:33 |
| 13 | each other. So, you could certainly rely on other | 11:04:38 |
| 14 | studies in here that corroborate the findings. | 11:04:40 |
| 15 | Q. So, did you try to get the underlying data for | 11:04:44 |
| 16 | the Privacy Attitudes of Smart Speaker Users, yes or no? | 11:04:47 |
| 17 | A. As I already stated, no, I haven't looked at | 11:04:51 |
| 18 | the underlying data for any of the studies that I cited | 11:04:55 |
| 19 | in this paper, because there wasn't a need. | 11:04:57 |
| 20 | Q. Yeah. Just to clarify, I wasn't asking if you | 11:04:59 |
| 21 | looked at it. I was asking if you tried to get it. | 11:05:01 |
| 22 | Did you try to get it for this case? | 11:05:04 |
| 23 | A. No. I didn't see the need. | 11:05:06 |
| 24 | Q. Okay, thank you. | 11:05:07 |
| 25 | At page 268 of the questionnaire, within | 11:05:14 |