UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Cause No. C21-0750RSL<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION FOR AN EXTENSION OF TIME |

This matter comes before the Court on "Amazon's Motion for Relief from Deadline Under Local Civil Rule 7(j)." Dkt. # 277. The motion is GRANTED in part. The Clerk of Court is directed to renote plaintiffs' motion for class certification (Dkt. # 255) on the Court's calendar for November 21, 2024. Amazon's opposition shall be filed on or before October 7, 2024.

Dated this 16th day of September, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME - 1