UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No.: 2:21-cv-00750-RSL<br><br>**STIPULATED MOTION AND ORDER SETTING BRIEFING DEADLINES** |

The Parties hereby jointly stipulate to, and respectfully ask the Court to approve, briefing deadlines for certain pending and forthcoming motions.

Amazon has notified Plaintiffs and the Court of its intent to file a motion for summary judgment on all Plaintiffs' claims.

On October 7, 2024, Amazon filed *Daubert* motions to exclude the testimony of Plaintiffs' experts Serge Egelman, David Hoffman, and Jonathan Hochman. Plaintiffs' oppositions to those motions are currently due on October 28, 2024, and Amazon's replies are due on November 4, 2024. Plaintiffs filed a motion (Dkt. 327) asking the Court to extend their deadline to oppose Amazon's *Daubert* motions. This stipulation moots that extension motion.

The Parties have conferred and agree that, in the interests of efficiency, the following briefing deadlines should be extended:

| **Summary Judgment Motion** | **Proposed Deadline** |
|---|---|
| Amazon's motion for summary judgment | October 30, 2024 |
| Plaintiffs' opposition to Amazon's motion for summary judgment | December 11, 2024 |
| Amazon's reply in support of motion for summary judgment | January 17, 2025 |
| ***Daubert* Motions** | **Proposed Deadline** |
| Plaintiffs' oppositions to Amazon's motions to exclude testimony of Egelman, Hochman, and Hoffman | November 21, 2024 |
| Amazon's replies in support of Daubert motions | December 12, 2024 |

**IT IS SO STIPULATED.**

Dated:  October 24, 2024         Respectfully submitted,

FENWICK & WEST LLP

By: /s/ *Brian D. Buckley*
     Brian D. Buckley, WSBA No. 26423

     Y. Monica Chan, WSBA No. 58900
     401 Union Street, 5th Floor
     Seattle, WA  98101
     Telephone:  206.389.4510
     Facsimile:   206.389.4511
     Email:         bbuckley@fenwick.com

     Jedediah Wakefield (admitted *pro hac vice*)
     Tyler G. Newby (admitted *pro hac vice*)
     Armen N. Nercessian (admitted *pro hac vice*)
     Garner F. Kropp (admitted *pro hac vice*)
     555 California Street, 12th Floor
     San Francisco, CA  94104
     Telephone:  415.875.2300
     Facsimile:   415.281.1350
     Email:         lpulgram@fenwick.com
                        jwakefield@fenwick.com
                        tnewby@fenwick.com

|  |  |
|---|---|
|  | anercessian@fenwick.com<br>gkropp@fenwick.com |
|  | Melissa Lawton (admitted *pro hac vice*)<br>Esther Galan (admitted *pro hac vice*)<br>228 Santa Monica Boulevard, Suite 300<br>Santa Monica, CA  90401<br>Telephone:  310.554.5400<br>Email:       mlawton@fenwick.com<br>                  egalan@fenwick.com |
|  | *Counsel for Defendants*<br>AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC |

Dated:  October 24, 2024          Respectfully submitted,

By:  */s/ Bradley Keller*
       Bradley S. Keller, WSBA No. 10665

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone:   (206) 622-2000
Facsimile:   (206) 622-2522
Email:       bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

**LABATON SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
Danielle Izzo (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:   (212) 818-0477
Email:       mcanty@labaton.com
                 cvillegas@labaton.com
                 gbuell@labaton.com
                 dsaldamando@labaton.com
                 dizzo@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Paul J. Geller (*pro hac vice* forthcoming)
Stuart A. Davidson (admitted *pro hac vice*)
Alexander H. Cohen (admitted *pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email:     pgeller@rgrdlaw.com
           sdavidson@rgrdlaw.com
           acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

## ORDER

The parties having stipulated, IT IS SO ORDERED.

Dated this 25th day of October, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Email:        bbuckley@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC