UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company, <br><br> Defendants. | Case No.: 2:21-cv-00750-RSL <br><br> **STIPULATED MOTION AND ORDER EXTENDING BRIEFING DEADLINES** |

    The Parties hereby jointly stipulate to, and respectfully ask the Court to approve, an extension of the current briefing deadlines for Amazon's Motion for Summary Judgment.

    On October 30, 2024, Amazon filed a motion for summary judgment on all Plaintiffs' claims.

    Beginning on September 30, 2024, Amazon began producing or reproducing documents after the Court's September 23, 2024 Order (the "Court's Order") Compelling Production Following In Camera Review.

    On October 28, 2024, Counsel for Amazon filed a declaration stating that Amazon would review and produce documents per the Court's Order. Amazon has since produced or reproduced documents which Plaintiffs are in the process of reviewing. As stated in its October 28 declaration, Amazon will complete its production or reproduction of documents by November 27, 2024.

STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES
CASE NO.: 2:21-CV-00750-RSL

- 1 -

BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR, SEATTLE WA 98104
TELEPHONE: 206/622-2000 – FAX: 206/622-2522

The Parties have conferred and agree that, in the interests of efficiency, the briefing deadlines on Amazon's Motion for Summary Judgment should be extended as follows:

| Summary Judgment Motion | Current Deadline | Proposed Deadline |
|---|---|---|
| Amazon's motion for summary judgment | October 30, 2024 | October 30, 2024 |
| Plaintiffs' opposition to Amazon's motion for summary judgment | December 11, 2024 | February 12, 2025 |
| Amazon's reply in support of motion for summary judgment | January 17, 2025 | March 31, 2025 |

**IT IS SO STIPULATED.**

Dated:  November 26, 2024                    Respectfully submitted,

By: /s/ *Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665
**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone:   (206) 622-2000
Facsimile:    (206) 622-2522
Email:         bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

**LABATON SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
Danielle Izzo (admitted *pro hac vice*)
Gloria J. Medina (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:   (212) 818-0477
Email:       mcanty@labaton.com
                cvillegas@labaton.com
                gbuell@labaton.com
                dsaldamando@labaton.com
                dizzo@labaton.com
                gmedina@labaton.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Paul J. Geller (*pro hac vice* forthcoming)
Stuart A. Davidson (admitted *pro hac vice*)

Mark J. Dearman (admitted *pro hac vice*)
Alexander C. Cohen (admitted *pro hac vice*)
225 NE Mizner Blvd, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
Email:    pgeller@rgrdlaw.com
          sdavidson@rgrdlaw.com
          mdearman@rgrdlaw.com
          acohen@rgrdlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

Dated: November 26, 2024

Respectfully submitted,
FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

Y. Monica Chan, WSBA No. 58900
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email:    bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Tyler G. Newby (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email:    lpulgram@fenwick.com
          jwakefield@fenwick.com
          tnewby@fenwick.com
          anercessian@fenwick.com
          gkropp@fenwick.com

Melissa Lawton (admitted *pro hac vice*)
Esther Galan (admitted *pro hac vice*)
228 Santa Monica Boulevard, Suite 300
Santa Monica, CA 90401
Telephone: 310.554.5400
Email:    mlawton@fenwick.com
          egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC

**ORDER**

The parties having stipulated, IT IS SO ORDERED.

Dated this 27th day of November , 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

By: */s/ Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*