UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Cause No. C21-0750RSL<br><br>ORDER REGARDING MOTION TO SEAL (Dkt. # 256) |

This matter comes before the Court on "Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." Dkt. # 256.[1] The Court, having considered the motion, defendants' response, and the sealed documents, hereby ORDERS that the motion is GRANTED in part. The Clerk of Court is directed to unseal Dkt. # 257-2 and # 257-4: the remainder of Dkt. # 257 will remain under seal.[2] The seal is provisional. If the sealed materials are so germane to the class certification issue that they are quoted or their substance is otherwise disclosed in the Court's order, the seal will be lifted as to those portions of the documents.

---

[1] Plaintiffs are reminded of LCR 10(e)(10)'s requirement that filing parties "submit only those excerpts of the referenced exhibits that are directly germane to the matter under consideration, or necessary to provide relevant context."

[2] Neither party has provided properly redacted versions of the motion for class certification or Exhibits A, E, H, L, M, CC, or QQ in support thereof. Despite the fact that only some portions of these documents contain confidential and protected information, the documents will remain under seal.

ORDER - 1

1   Dated this 3rd day of February, 2025.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2