UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Cause No. C21-0750RSL <br><br> ORDER REGARDING MOTION TO SEAL (Dkt. # 292) |

This matter comes before the Court on "Defendants' Motion to Seal Amazon's Materials in Support of Amazon's Opposition to Motion for Class Certification." Dkt. # 292. The Court, having considered the unopposed motion and the sealed documents, hereby ORDERS that the motion is GRANTED. Dkt. # 293, # 294, # 296, # 297, # 298, # 299, and # 300 will remain under seal.[1] The seal is provisional. If the sealed materials are so germane to the class certification issue that they are quoted or their substance is otherwise disclosed in the Court's order, the seal will be lifted as to those portions of the documents.

---

[1] Although there is no compelling reason to withhold references to and the sanitized summaries of plaintiffs' recorded conversations from the public, the documents at issue have been filed in such a way that this information cannot be unsealed while protecting information that is confidential and protected.

ORDER - 1

1	Dated this 3rd day of February, 2025.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2