UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　　Defendants. | Cause No. C21-0750RSL<br><br>ORDER REGARDING MOTION TO SEAL (Dkt. # 318) |

This matter comes before the Court on "Amazon's Motion to Seal Amazon's Materials in Support of Amazon's Motion to Exclude Testimony of David Hoffman." Dkt. # 318. The Court, having considered the unopposed motion and the sealed document, hereby ORDERS that the motion is GRANTED. Dkt. # 319 will remain under seal.

Dated this 3rd day of February, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1