UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Cause No. C21-0750RSL <br><br> ORDER REGARDING MOTION TO SEAL (Dkt. # 321) |

This matter comes before the Court on "Amazon's Motion to Seal Amazon's Materials in Support of Amazon's Motion to Exclude Testimony of Serge Egelman." Dkt. # 321. The Court, having considered the unopposed motion and the sealed documents, hereby ORDERS that the motion is GRANTED. Dkt. # 322 and # 324 will remain under seal.

Dated this 3rd day of February, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1