UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Cause No. C21-0750RSL

ORDER REGARDING MOTION TO SEAL (Dkt. # 356)

This matter comes before the Court on "Plaintiffs' Motion to Seal Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of Jonathan Hochman." Dkt. # 356. The Court, having considered the motion, defendants' response, and the sealed documents, hereby ORDERS that the motion is GRANTED in part. The Clerk of Court is directed to unseal Dkt. # 359 (Exhibit 1). Dkt. # 358 (Opposition)[1] and # 359-1 (Exhibit 4) will remain under seal.

Dated this 3rd day of February, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Amazon did not provide a redacted version of the opposition memorandum that reflects its current claims of confidentiality. Despite the fact that only one of the redacted portions of the opposition contains information that Amazon claims is confidential and protectable, the public's ability to understand the parties' arguments is not unreasonably impacted by maintaining the redactions that are currently on file.

ORDER - 1