UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Cause No. C21-0750RSL <br><br> ORDER REGARDING MOTION TO SEAL (Dkt. # 365) |

This matter comes before the Court on "Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed." Dkt. # 365. The Court, having considered the motion, defendants' response, and the sealed documents, hereby ORDERS that the motion is GRANTED. Plaintiffs' reply to the motion for class certification[1] and certain exhibits attached thereto[2] (Dkt. # 366) shall remain under seal. The seal is provisional, however. If the sealed materials are so germane to the class certification issue that they are quoted or their substance is

---

[1] Amazon did not provide a redacted version of the reply memorandum that reflects its current claims of confidentiality. Despite the fact that only some of the redacted portions of the reply contain information that Amazon claims is confidential and protectable, the public's ability to understand the parties' arguments is not unreasonably impacted by maintaining the redactions that are currently on file.

[2] The parties agree that the raw audio recordings associated with the named plaintiffs' accounts, Exhibits YY-DDD, should remain under seal. Plaintiffs do not oppose sealing Exhibit EEE and Amazon does not oppose sealing Exhibit FFF.

ORDER - 1

otherwise disclosed in the Court's order, the seal will be lifted as to those portions of the documents.

Dated this 3rd day of February, 2025.

*MrT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2