UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>　　　　　　Defendants. | Cause No. C21-0750RSL<br><br>ORDER REGARDING MOTION<br>TO SEAL (Dkt. # 376) |

　　This matter comes before the Court on "Amazon's Motion to Seal Amazon's Materials in Support of Amazon's Reply I Support of Motion to Exclude Testimony of Serge Egelman." Dkt. # 376. The Court, having considered the motion and the sealed documents, hereby ORDERS that the motion is GRANTED. Dkt. # 379 will remain under seal. The seal is provisional, however. Both parties – and Dr. Egelman – have relied on Amazon's internal data regarding false wake metrics. If the sealed materials are so germane to the admissibility of Dr. Egelman's opinions that they are quoted or their substance is otherwise disclosed in the Court's order, the seal will be lifted as to those portions of the documents.

　　Dated this 3rd day of February, 2025.

　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1