UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Cause No. C21-0750RSL

ORDER REGARDING MOTION TO SEAL (Dkt. # 383)

This matter comes before the Court on "Amazon's Motion to Seal Amazon's Materials in Support of Amazon's Reply in Support of Motion to Exclude Testimony of Jonathan Hochman." Dkt. # 383. The Court, having considered the unopposed motion and the sealed documents, hereby ORDERS that the motion is GRANTED. Dkt. # 385 will remain under seal.

Dated this 3rd day of February, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1