UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, et al., | Case No.: 2:21-cv-00750-RSL |
| Plaintiffs, | **STIPULATED MOTION AND ORDER SETTING BRIEFING DEADLINES AND RENOTING MOTIONS** |
| v. | |
| AMAZON.COM, INC., a Delaware Corporation, and AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

The Parties hereby jointly stipulate to, and respectfully ask the Court to approve, extended briefing deadlines for certain pending and forthcoming motions.

The Parties cooperatively discussed the need to extend the following briefing deadlines based on the multiplicity of motions and to align with current briefing deadlines on related motions. The Parties agree that, in the interests of efficiency, the following briefing deadlines should be extended as follows:

| Filing | Current Deadline | New Deadline |
|---|---|---|
| Amazon's Response to Plaintiffs' Motion to Seal Materials In Support of Plaintiffs' Motion to Exclude Testimony of Richard Stern | February 27, 2025 | March 24, 2025 |

| Filing | Current Deadline | New Deadline |
|---|---|---|
| Amazon's Response to Plaintiffs' Motion to Seal Materials In Support of Plaintiffs' Motion to Exclude Testimony of Nedim Fresko | February 27, 2025 | March 24, 2025 |
| Amazon's Response to Plaintiffs' Motion to Seal Materials In Support of Plaintiffs' Motion to Exclude Testimony of Lorin Hitt | February 28, 2025 | March 24, 2025 |
| Amazon's Response to Plaintiffs' Motion to Seal Materials In Support of Plaintiffs' Motion to Exclude Testimony of Dominique Hanssens | February 28, 2025 | March 24, 2025 |
| Amazon's Opposition to Plaintiffs' Motion to Exclude Testimony of Richard Stern | March 5, 2025 | March 24, 2025 |
| Amazon's Opposition to Plaintiffs' Motion to Exclude Testimony of Nedim Fresko | March 5, 2025 | March 24, 2025 |
| Amazon's Opposition to Plaintiffs' Motion to Exclude Testimony of Lorin Hitt | March 6, 2025 | March 24, 2025 |
| Amazon's Opposition to Plaintiffs' Motion to Exclude Testimony of Dominique Hanssens | March 6, 2025 | March 24, 2025 |
| Amazon's Response to Plaintiffs' Motion to Seal Other Party's Materials In Support of Plaintiffs' Opposition to Amazon's Motion for Summary Judgment | February 27, 2025 | March 31, 2025 |
| Amazon's Response to Plaintiffs' Motion to Seal Materials In Support of Plaintiffs' Opposition to Amazon's Motion for Summary Judgment | February 27, 2025 | March 31, 2025 |
| Defendants' Response to Plaintiffs' Motion to Seal Materials In Support of Plaintiffs' Motion to Reopen Discovery | March 6, 2025 | March 31, 2025 |
| Plaintiffs' Reply In Support of Motion to Exclude Testimony of Richard Stern | March 12, 2025 | April 4, 2025 |

| Filing | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Reply In Support of Motion to Exclude Testimony of Nedim Fresko | March 12, 2025 | April 4, 2025 |
| Plaintiffs' Reply In Support of Motion to Exclude Testimony of Lorin Hitt | March 13, 2025 | April 4, 2025 |
| Plaintiffs' Reply In Support of Motion to Exclude Testimony of Dominique Hanssens | March 13, 2025 | April 4, 2025 |

**IT IS SO STIPULATED.**

Dated:  February 21, 2025

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ *Brian D. Buckley*
      Brian D. Buckley, WSBA No. 26423

Y. Monica Chan, WSBA No. 58900
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email:        bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Tyler G. Newby (admitted *pro hac vice*)
Armen N. Nercessian (admitted *pro hac vice*)
Garner F. Kropp (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:  415.281.1350
Email:        lpulgram@fenwick.com
              jwakefield@fenwick.com
              tnewby@fenwick.com
              anercessian@fenwick.com
              gkropp@fenwick.com

|   |   |
|---|---|
| 1 | Melissa Lawton (admitted *pro hac vice*) |
| 2 | Esther Galan (admitted *pro hac vice*)<br>228 Santa Monica Boulevard, Suite 300 |
| 3 | Santa Monica, CA 90401<br>Telephone: 310.554.5400 |
| 4 | Email:   mlawton@fenwick.com<br>         egalan@fenwick.com |

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC

Dated: February 21, 2025       Respectfully submitted,

By: */s/ Bradley Keller*
    Bradley S. Keller, WSBA No. 10665

**BYRNES KELLER CROMWELL LLP**
Bradley S. Keller
1000 Second Avenue
Seattle, Washington 98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
Email:      bkeller@byrneskeller.com

*Liaison Counsel for Plaintiffs and the Class*

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
Guillaume Buell (admitted *pro hac vice*)
David Saldamando (admitted *pro hac vice*)
Danielle Izzo (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email:      mcanty@labaton.com
            cvillegas@labaton.com
            gbuell@labaton.com
            dsaldamando@labaton.com
            dizzo@labaton.com

|   |   |
|---|---|
| 1 | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 2 | Paul J. Geller |
| 3 | Stuart A. Davidson (admitted *pro hac vice*) |
|   | Mark J. Dearman (admitted *pro hac vice*) |
| 4 | Alexander C. Cohen (admitted *pro hac vice*) |
|   | 225 NE Mizner Blvd, Suite 720 |
| 5 | Boca Raton, FL 33432 |
|   | Telephone: (561) 750-3000 |
| 6 | Facsimile: (561) 750-3364 |
|   | Email:      pgeller@rgrdlaw.com |
| 7 |                    sdavidson@rgrdlaw.com |
|   |                    mdearman@rgrdlaw.com |
| 8 |                    acohen@rgrdlaw.com |

*Co-Lead Counsel for Plaintiffs and the Class*

# **ORDER**

The parties having stipulated, IT IS SO ORDERED. The Clerk of Court is directed to renote:

Dkt. # 403, # 406, # 416, and # 419 to March 24, 2025;

Dkt. # 388, # 410, and # 411 to March 31, 2025; and

Dkt. # 404, # 407, # 417, and # 420 to April 4, 2025.

Dated this 24th day of February, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER SETTING           - 6 -
BRIEFING DEADLINES
CASE NO.: 2:21-CV-00750-RSL