UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>        Defendants. | Cause No. C21-0750RSL<br><br>ORDER REGARDING MOTION TO SEAL (Dkt. # 388) |

This matter comes before the Court on "Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed." Dkt. # 388. Pursuant to the procedures set forth in this district's local civil rules and the stipulated protective order, plaintiffs ask the Court to consider whether certain documents designated by defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" should be shielded from public view. The Court, having considered the motion, defendants' response, and the sealed documents, hereby ORDERS that the motion is GRANTED in part. Dkt. # 389 will remain under seal. A redacted version of plaintiffs' motion is available for public viewing at Dkt. # 423-1.

ORDER - 1

Dated this 3rd day of April, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2