UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Cause No. C21-0750RSL<br><br>ORDER REGARDING MOTION<br>TO SEAL (Dkt. # 424) |

This matter comes before the Court on "Defendants' Motion to Seal Amazon's Materials in Support of Amazon's Opposition to Motion to Reopen Fact Discovery." Dkt. # 424. The Court, having considered the unopposed motion and the sealed documents, hereby ORDERS that the motion is GRANTED. Dkt. # 425 and Dkt. # 428 will remain under seal. A redacted version of Amazon's opposition memorandum is available for public viewing at Dkt. # 426.

Dated this 3rd day of April, 2025.

Robert S. Lasnik
United States District Judge

ORDER - 1