UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

Cause No. C21-0750RSL

ORDER REGARDING MOTION TO SEAL (Dkt. # 430)

This matter comes before the Court on "Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed." Dkt. # 430. Pursuant to the procedures set forth in this district's local civil rules and the stipulated protective order, plaintiffs ask the Court to consider whether certain information designated by defendants as "CONFIDENTIAL" should be shielded from public view. The Court, having considered the motion, defendants' response, and the sealed documents, hereby ORDERS that the motion is GRANTED. Dkt. # 432 will remain under seal. A redacted version of plaintiffs' reply is available for public viewing at Dkt. # 431.

Dated this 4th day of April, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1