

| | | |
|---|---|---|
| | Office of the Clerk | |
| | **United States Court of Appeals for the Ninth Circuit** | **FILED** |
| | Post Office Box 193939 | |
| | San Francisco, California 94119-3939 | JUL 22 2025 |
| | 415-355-8000 | |
| Molly C. Dwyer | | MOLLY C. DWYER, CLERK |
| Clerk of Court | | U.S. COURT OF APPEALS |

## DOCKETING NOTICE

Docket Number: 25-4510
Originating Case Number: 2:21-cv-00750
Short Title: Garner, et al. v. Amazon.com, Inc., et al.

Dear Petitioner/Counsel

This is to acknowledge receipt of your Petition for Permission to Appeal.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The file number and the title of your case should be shown in the upper right corner of your letter to the clerk's office. All correspondence should be directed to the above address pursuant to Circuit Rule 25-1.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.