UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAELI GARNER,, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| AMAZON.COM, INC., et al., | ) ) |
| Defendants. | ) ) ) ) ) |

No. 2:21-cv-00750-RSL
(Consolidated)

CLASS ACTION

ORDER REGARDING MOTION TO
APPROVE CLASS NOTICE PLAN

ORDER REGARDING MOTION TO APPROVE
CLASS NOTICE PLAN

Before the Court is Class Representatives' Motion for Approval of Class Notice Plan. Dkt. 512. After considering the memoranda, declaration, and exhibits submitted by the parties, the Court finds that the proposed methods of providing notice to the certified Class[1] satisfies the requirements of Rule 23 and due process.[2] The Court Directs the Parties to implement the Notice Plan as set forth in the Motion and as follows:

1.    The firm of Verita Global LLC ("Notice Administrator") is appointed and authorized to supervise and administer the Notice Plan. The Notice Administrator shall execute the Notice Plan as proposed in the Declaration of Daniel Burke Regarding Class Notice Plan ("Verita Declaration").

2.    The Court approves the form, substance and requirements of the long-form Notice of Pendency of Class Action (the "Notice"), the email notice ("Email Notice"), and the online notices ("Online Notice"), substantially in the forms found at Dkt. 513 at 10-26 and finds they: (a) constitute the best notice to Class Members practicable under the circumstances; (b) are reasonably calculated, under the circumstances, to notify Class Members of the pendency of this action and certification of the Class, and to apprise Class Members of their right to seek exclusion from the Class; (c) are reasonable and constitute due, adequate, and sufficient notice to all persons entitled to receive such notice; and (d) satisfy all applicable requirements of the Federal Rules of Civil Procedure (including Rule 23(c)), the Due Process Clause of the United States Constitution, and the Rules of this Court.

3.    Within twenty-one (21) days after entry of this Order, Amazon shall immediately produce to the Notice Administrator a list, in electronic searchable form, of the full names, email addresses, and home addresses for all members of the Class (the "Class List").

---

[1] On July 7, 2025, the Court certified the following Class under Rules 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure for plaintiffs' claim under the Washington Consumer Protection Act, Wash. Rev. Code §19.86.020, *et seq.*: "All persons in the United States who registered one or more Alexa devices." ECF 492 at 30-31.

[2] Amazon's only objection was to the time provided for it to provide the Class List.

ORDER REGARDING MOTION TO APPROVE
CLASS NOTICE PLAN

4. Within thirty-five (35) calendar days of its receipt of the Class List ("Notice Date"), the Notice Administrator shall: (a) begin dissemination of all Email Notices to the email addresses included in the Class List, in accordance with the Verita Declaration; (b) cause supplemental notice to be published on various online platforms substantially in the same form(s) as described in the Verita Declaration; and (c) cause the Notice, relevant Court documents, description of the action's procedural posture, and a recitation of frequently asked questions and answers to be posted to the case website. The website shall also include a toll-free number through which persons can access additional case information, request a notice via U.S. Mail, and obtain contact information for Class Counsel and Verita. The Notice Administrator shall also take reasonable measures, as described in the Verita Declaration, to maximize the number of relevant visitors to the case website. Class Counsel shall cause the Notice, as well as a link to the case website, to be available on their websites: www.rgrdlaw.com and www.labaton.com.

5. The case website and Notice shall provide a mailing address for the purpose of receiving requests for exclusion from the Class ("Exclusion Requests") and requests for hard copies of the Notice. In addition, the case website shall include a mechanism for the submission of Exclusion Requests via the case website. The Notice Administrator shall identify and number all Exclusion Requests received and distribute PDF copies of the Exclusion Requests to Class Counsel and counsel for Amazon. The Notice Administrator shall maintain original Exclusion Requests in its files. The Notice Administrator shall email weekly reports of Exclusion Requests, together with PDF copies, to Class Counsel and Amazon, as set forth below:

| CLASS COUNSEL | |
|---|---|
| Michael P. Canty<br>Danielle Izzo<br>LABATON KELLER SUCHAROW LLP<br>mcanty@labaton.com<br>dizzo@labaton.com | Stuart A. Davidson<br>Mark J. Dearman<br>Alexander C. Cohen<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>sdavidson@rgrdlaw.com<br>mdearman@rgrdlaw.com<br>acohen@rgrdlaw.com |

ORDER REGARDING MOTION TO APPROVE
CLASS NOTICE PLAN

| COUNSEL FOR AMAZON | |
|---|---|
| Brian D. Buckley<br>FENWICK & WEST LLP<br>bbuckley@fenwick.com | Jedediah Wakefield<br>Tyler G. Newby<br>Armen N. Nercessian<br>Garner F. Kropp<br>FENWICK & WEST LLP<br>jwakefield@fenwick.com<br>tnewby@fenwick.com<br>anercessian@fenwick.com<br>gkropp@fenwick.com |

6.      Class Members shall be subject to and bound by all rulings, orders, and judgments in this action, whether favorable or unfavorable, unless such persons request exclusion from the Class in a timely and proper manner, as hereinafter provided. A Class Member wishing to request exclusion shall submit the request in writing by first class mail, email, or through the case website. Exclusion Requests shall be either postmarked or emailed/submitted via the website no later than forty-five (45) calendar days after the Notice Date. In order to be valid, a request for exclusion shall clearly state that the Class Member wishes to "request exclusion from the Class in *Garner v. Amazon*, No. 2:21-cv-00750" and must: (a) state the name, address, telephone number, and email address of the person requesting exclusion; and (b) be signed by the person requesting exclusion. The request for exclusion shall not be effective unless it provides the required information and is made within the time stated above, or the exclusion is otherwise accepted by the Court.

7.      Any Class Member who retains separate counsel in connection with this matter must have their counsel enter an appearance in the action, pursuant to Rule 23(c)(2) of the Federal Rules of Civil Procedure, no later than forty-five (45) calendar days after the Notice Date. If any Class Member does not enter an appearance, he or she will be represented by Class Counsel.

8.      Within ten (10) business days following the deadline for Exclusion Requests, Class Counsel shall file a declaration from the Notice Administrator setting forth its notification efforts and attaching copies of the Exclusion Requests it received.

9.      Subject to potential reimbursement, the costs of notice shall be borne by Class Counsel.

ORDER REGARDING MOTION TO APPROVE
CLASS NOTICE PLAN

- 3 -

**IT IS SO ORDERED.**

Dated this 30th day of March, 2026.

_MWf S Lasnik_

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER REGARDING MOTION TO APPROVE
CLASS NOTICE PLAN

- 4 -