The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAELI GARNER, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., *et al.*,

    Defendants.

NO. 21-cv-750-RSL

**ORDER SETTING BRIEFING SCHEDULE**

This matter comes before the Court on plaintiffs' "Motion for Reconsideration." Dkt. 543. Plaintiffs seek reconsideration under LCR 7(h) of portions of the Court's March 31, 2026 Order Granting in Part Defendants' Motion for Summary Judgment. Dkt. 535. The Clerk of the Court is directed to renote plaintiffs' motion for reconsideration on the Court's calendar for Friday, May 22, 2026. Defendants' opposition to the motion is due Friday, May 15, 2026. Plaintiffs' reply, if any, shall be filed on or before the noting date.

DATED this 27th day of April 2026.

Robert S. Lasnik
United States District Judge

ORDER SETTING BRIEFING SCHEDULE

- 1